## MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins

COURT REPORTER: Laura Robinson
COURTROOM DEPUTY: Kim Forsgren
INTERPRETER: Not Needed

CASE NO. 2:21cv561

Richfield v. Polarityte et al

Approved By:_____

## APPEARANCE OF COUNSEL

Pla　　James M. LoPiano, Jon V. Harper
Dft　　Paul R. Bessette, Erik A. Christiansen
Movant　Phillip Kim

DATE: 12/08/2021

MATTER SET: Status Report and Scheduling Conference

DOCKET ENTRY:

Counsel appear by zoom video. Counsel updates the court. The court requests the proposed order be amended. Once entered, the dft will file a response to the amended complaint.

Mr. Kim is to prepare and submit a scheduling order within 10 days