ERIK A. CHRISTIANSEN, USB # 7372
JEFFREY C. COREY, USB # 09938
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
ecf@parsonsbehle.com
echristiansen@parsonsbehle.com
jcorey@parsonsbehle.com

PAUL R. BESSETTE
MICHAEL BILES
KING & SPALDING LLP
500 West 2nd Street, Suite 1800
Austin, Texas 78701
Telephone: 512.457.2050
Facsimile: 512.457.2100
pbessette@kslaw.com
mbiles@kslaw.com
(admitted *pro hac vice*)

*Attorneys for Defendants PolarityTE, Inc., David B. Seaburg, Jacob Alexander Patterson, Paul Mann and Richard Hague*

---

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| MARC RICHFIELD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>POLARITYTE, INC., DENVER LOUGH, DAVID SEABURG, JACOB PATTERSON, PAUL MANN, and RICHARD HAGUE,<br><br>Defendants. | **DECLARATION OF JEFFREY C. COREY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**<br><br>Case No. Case No. 2:21-cv-00561-BSJ<br><br>Hon. Bruce S. Jenkins |

I, Jeffrey C. Corey, Esq., declare as follows:

I am admitted to practice before this Court and I am a partner of the law firm of Parsons Behle & Latimer, which represents Defendants PolarityTE, Inc., David B. Seaburg, Jacob Alexander Patterson and Richard Hague ("Defendants") in the above-captioned matter.

I submit this declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint. Attached to this declaration are the following documents:

1

1. PolarityTE, Inc. Form 10-K, filed with the SEC on March 30, 2021. A true and correct copy of relevant excerpts is attached as Exhibit 1.

2. PolarityTE, Inc. Form 10-K, filed with the SEC on January 30, 2018. A true and correct copy of relevant excerpts is attached as Exhibit 2.

3. PolarityTE, Inc. Form 8-K, filed with the SEC on September 2, 2021. A true and correct copy is attached as Exhibit 3.

4. PolarityTE, Inc. Form 8-K, filed with the SEC on April 1, 2020. A true and correct copy is attached as Exhibit 4.

5. PolarityTE, Inc. Form 10-K, filed with the SEC on January 14, 2019. A true and correct copy of relevant excerpts is attached as Exhibit 5.

6. PolarityTE, Inc. Form 8-K, filed with the SEC on July 28, 2021. A true and correct copy is attached as Exhibit 6.

7. U.S. Department of Health and Human Services Food and Drug Administration guidance entitled "Regulatory Considerations for Human Cells, Tissues, and Cellular and Tissue-Based Products: Minimal Manipulation and Homologous Use – Guidance for Industry and Food and Drug Administration Staff," published December 2017. The document is publicly available at https://www.regulations.gov/document/FDA-2017-D-6146-0003. A true and correct copy is attached as Exhibit 7.

8. PolarityTE, Inc. Form 8-K, filed with the SEC on November 3, 2017. A true and correct copy is attached as Exhibit 8.

9. PolarityTE, Inc. Form 10-Q, filed with the SEC on May 11, 2020. A true and correct copy of relevant excerpts is attached as Exhibit 9.

10. PolarityTE, Inc. Form 10-Q, filed with the SEC on August 6, 2020. A true and correct copy of relevant excerpts is attached as Exhibit 10.

11. U.S. Department of Health and Human Services Food and Drug Administration FDA Voices release entitled "Advancing the Development of Safe and Effective Regenerative Medicine Products," published on April 21, 2021.  This document is publicly available at https://www.fda.gov/news-events/fda-voices/advancing-development-safe-and-effective-regenerative-medicine-products.  A true and correct copy is attached as Exhibit 11.

12. PolarityTE, Inc. Form 424(b)(3) Prospectus, dated April 14, 2017, filed with the SEC on April 25, 2017.  A true and correct copy of relevant excerpts is attached as Exhibit 12.

13. PolarityTE, Inc. Form 10-K, filed with the SEC on March 12, 2020.  A true and correct copy of relevant excerpts is attached as Exhibit 13.

14. PolarityTE, Inc. Form 10-Q, filed with the SEC on June 14, 2018.  A true and correct copy of relevant excerpts is attached as Exhibit 14.

15. U.S. Department of Health and Human Services Food and Drug Administration Form FDA 483 providing observations from FDA inspection of PolarityTE facilities from July 9, 2018 through July 13, 2018.  A true and correct copy is attached as Exhibit 15.

16. U.S. Department of Health and Human Services Food and Drug Administration Firm Profile for PolarityTE, Inc., printed from the FDA website on March 8, 2022.  This profile is publicly available at https://datadashboard.fda.gov/ora/firmprofile.htm?FEIi=3014453293.  A true and correct copy is attached as Exhibit 16.

17. U.S. Department of Health and Human Services Food and Drug Administration HCT/P Inspection Information providing statistics on FDA Inspections Performed in Fiscal Years 2016 to 2020.  This document is publicly available at https://www.fda.gov/vaccines-blood-biologics/compliance-actions-biologics/hctp-inspection-information.  A true and correct copy is attached as Exhibit 17.

18. PolarityTE, Inc. Form 8-K, filed with the SEC on April 30, 2020. A true and correct copy of relevant excerpts is attached as Exhibit 18.

19. PolarityTE, Inc. Form 10-Q, filed with the SEC on November 9, 2020. A true and correct copy of relevant excerpts is attached as Exhibit 19.

20. PolarityTE, Inc. Form 8-K, filed with the SEC on July 26, 2021. A true and correct copy is attached as Exhibit 20.

21. PolarityTE, Inc. Form 8-K, filed with the SEC on August 24, 2021. A true and correct copy is attached as Exhibit 21.

22. PolarityTE, Inc. Form 8-K, filed with the SEC on November 10, 2021. A true and correct copy is attached as Exhibit 22.

23. PolarityTE, Inc. Form 8-K, filed with the SEC on December 20, 2021. A true and correct copy is attached as Exhibit 23.

24. PolarityTE, Inc. Form 8-K, filed with the SEC on January 18, 2022. A true and correct copy is attached as Exhibit 24.

25. PolarityTE, Inc. Form 8-K, filed with the SEC on February 22, 2022. A true and correct copy is attached as Exhibit 25.

26. U.S. Department of Health and Human Services Food and Drug Administration Clinical Hold letter to PolarityTE MD, Inc., dated September 17, 2021. A true and correct version is attached as Exhibit 26.

27. PolarityTE, Inc. Form 10-Q, filed with the SEC on May 13, 2021. A true and correct copy of relevant excerpts is attached as Exhibit 27.

28. PolarityTE, Inc. First Quarter 2020 Earnings Call Transcript for a call taking place on May 11, 2020. A true and correct copy is attached as Exhibit 28.

4

29. PolarityTE, Inc. Form 8-K, filed with the SEC on May 10, 2019.  A true and correct copy is attached as Exhibit 29.

30. PolarityTE, Inc. Third Quarter 2020 Earnings Call Transcript for a call taking place on November 9, 2020.  A true and correct copy is attached as Exhibit 30.

31. PolarityTE, Inc. Form 8-K, filed with the SEC on February 10, 2021.  A true and correct copy is attached as Exhibit 31.

32. PolarityTE, Inc. Fourth Quarter and Fiscal Year 2020 Earnings Call Transcript for a call taking place on March 30, 2021.  A true and correct copy is attached as Exhibit 32.

33. PolarityTE, Inc. Form 8-K, filed with the SEC on May 13, 2021.  A true and correct copy is attached as Exhibit 33.

34. PolarityTE, Inc. First Quarter 2021 Earnings Call Transcript for a call taking place on May 13, 2021.  A true and correct copy is attached as Exhibit 34.

35. PolarityTE, Inc. Form 8-K, filed with the SEC on August 12, 2021.  A true and correct copy is attached as Exhibit 35.

36. PolarityTE, Inc. Second Quarter 2021 Earnings Call Transcript for a call taking place on August 12, 2021.  A true and correct copy is attached as Exhibit 36.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2022.

/s/ Jeffrey C. Corey

5