# Exhibit 6

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): July 28, 2021

# POLARITYE, INC.

(Exact name of registrant as specified in its charter)

| Delaware | 001-32404 | 06-1529524 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**1960 S. 4250 West, Salt Lake City, UT 84104**

(Address of principal executive offices and zip code)

Registrant's telephone number, including area code: **(800) 560-3983**

(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| Common Stock, Par Value $0.001 | PTE | Nasdaq Capital Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐.

**Item 7.01     Regulation FD Disclosure**

On July 28, 2021, PolarityTE, Inc. (the "Company") is updating its Investor Presentation available through its website, which is furnished herewith as Exhibit 99.1.

On July 28, 2021, the Company issued a press release titled "SkinTE® Met Primary and Secondary Endpoints in Final Analysis from Diabetic Foot Ulcer Trial." A copy of the press release is furnished with this filing as Exhibit 99.2.

**Item 9.01     Financial Statements and Exhibits.**

(d)     Exhibits.

| Exhibit No. | Description |
|---|---|
| 99.1 | PolarityTE Investor Presentation - July 2021 |
| 99.2 | Press release dated July 28, 2021, titled "SkinTE® Met Primary and Secondary Endpoints in Final Analysis from Diabetic Foot Ulcer Trial." |
| 104 | Cover Page Interactive Data File, formatted in Inline XBRL |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**POLARITYE, INC.**

Dated: July 28, 2021     */s/ Jacob Patterson*

Jacob Patterson
Interim Chief Financial Officer

Exhibit 99.1



## Forward Looking Statement



This presentation contains forward-looking statements. Forward-looking statements are subject to risks and uncertainties and investors are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date hereof. Forward-looking statements are not guarantees of future performance or achievements and actual results may differ materially from those set forth in the forward-looking statements. Such forward-looking statements include, among others:

- The regulatory pathway for our products, including our planned investigational new drug application for SkinTE to be followed with a biologics license application (BLA) and related pre-market approval requirements; the timing, design, and success of preclinical and clinical trials to support our BLA for SkinTE and other products; the process of obtaining regulatory clearances or approvals to market a biological product or device from the FDA or similar regulatory authorities outside of the U.S. is costly and time consuming; and such clearances or approvals may not be granted on a timely basis, or at all;
- Our expectations regarding market size and opportunities, growth opportunities in certain markets, and demographic and market trends; there can be no assurance that demand for our products will be established or grow;
- Our expectations regarding future revenue growth, including product adoption, performance, and innovations, future estimated market size, expansion into additional markets, our product pipeline and the potential to increase our product offerings, and future research and development expenses; future revenue growth will require market, regulatory, and payor acceptance of our products, and such acceptance or approvals may not be obtained on a timely basis, or at all; and
- Our expectations regarding future cGMP compliance; the application of cGMP regulations to the manufacture of biologics and devices is complicated and there can be no assurance that we will achieve cGMP compliance on a timely basis, or at all.

Furthermore, our actual results could differ materially due to the impact of risk factors and other items described in more detail in the "Risk Factors" section of our Annual Report on Form 10-K, Quarterly Reports on Form 10-Q, and other filings with the SEC (copies of which may be found on the Company's website at http://www.polarityte.com/ or the SEC website at http://www.sec.gov/). Except as required by law, we assume no obligation to update or revise these forward-looking statements for any reason, even if new information becomes available in the future.

© 2021 PolarityTE, Inc. All Rights Reserved. For Investors Only. Not For General Distribution.

2









## Our Mission: Transforming the lives of patients...

By unlocking the potential of autologous therapy

—Devon, Chronic Wound SkinTE Patient

—Diane, Skin Cancer Survivor and SkinTE Patient

—Natasha, Burn Survivor and SkinTE Patient

© 2021 PolarityTE, Inc. All Rights Reserved. For Investors Only. Not For General Distribution.

3

## Challenges in Wound Care

**Problem** → ~8.2m Medicare beneficiaries had wounds with or without infection in 2018[1]

**Market** → Medicare cost estimates for acute and chronic wound treatments ranged from $28.1 billion to $96.8 billion[1]

**Existing Solutions** → Common treatments such as split-thickness skin grafting have shown **failure rates of ~30%** when used for diabetic foot ulcers (DFUs) and other complex chronic ulcers[2]

© 2021 PolarityTE, Inc. All Rights Reserved. For Investors Only. Not For General Distribution.

4












## Our SkinTE Technology: A Novel and Differentiated Approach

### Technological Characteristics

| | |
|---|---|
| **Autologous Tissue** | Personalized product that utilizes the patient's own viable tissue and cells |
| **Regeneration Potential** | Autologous multicellular segments include cellular populations found within the epidermis and dermis |
| **Optimized for Engraftment** | Viable autologous multicellular segments optimized for engraftment in a wound bed |

© 2021 PolarityTE, Inc. All Rights Reserved. For Investors Only. Not For General Distribution.

9



## Complex Tissue Regeneration – From the Bench to the Bedside

**Development of in-house animal\* wound models and tissue analysis to unlock regenerative potential**




KRT14/KRT10/TGM1/Ku80/DAPI

SOX9

Complex technology requires advanced R&D (A) Hair-bearing full-thickness skin closure of a full-thickness wound on a nude mouse

Understanding skin's complex regenerative cellular biology (B) Full-thickness human skin and human hair follicle regeneration within a mouse wound replete with (C) regeneration of SOX9 (green) expressing endogenous regenerative cells important for skin development and repair

\*Animal models are not necessarily predictive of clinical outcomes

2021 Baetz et al. In Review[29]

© 2021 PolarityTE, Inc. All Rights Reserved. For Investors Only. Not For General Distribution.

10





## Complex Tissue Regeneration – From the Bench to the Bedside (Continued)

**PolarityTE®**
Where Self Regenerates Self

### Rapid translation of bench research to patient bedside to optimize SkinTE for full-thickness skin regeneration in complex wounds

Harnessing skin's regenerative potential (A) SkinTE retains endogenous stem cell associated gene expression pathways important for native wound healing

SkinTE is a full-thickness regenerative skin construct—not a skin substitute (B) Patient biopsy from a wound treated with SkinTE with demonstration of epidermis, dermis, and hypodermis. (b) Mature epidermis with rete pegs with positive pan-cytokeratin staining (green). (c) Regeneration of elastin (green) within the dermis which gives skin its pliability. (d) Regeneration of vimentin (green) positive dermal fibroblasts which prevent stiff scar development.

2021 Baetz et al. WWR In Review[28]

© 2021 PolarityTE, Inc. All Rights Reserved. For Investors Only. Not For General Distribution.

11

## SkinTE Process Logistics
*Anticipated based on prior clinical experience*

**PolarityTE®**
Where Self Regenerates Self



SkinTE Harvest Box

Full-Thickness Skin Harvested

Skin Harvest Sent to Manufacturing in Self-Cooling Container

*Harvest size and location may vary

SkinTE Returned to Facility/Provider

SkinTE Applied to Wound

SkinTE®

© 2021 PolarityTE, Inc. All Rights Reserved. For Investors Only. Not For General Distribution.

12















## DFU Randomized Controlled Trial Design

**Prospective, multi-center, randomized controlled trial evaluating SkinTE (AHSC) plus standard of care (SOC) vs. SOC alone in the treatment of DFUs**

**Inclusion Criteria:**
- Wagner 1 DFU below the medial malleolus
- Index ulcer $\geq 1.0$ cm$^2$ and $\leq 25$ cm$^2$ at Screening Visit 1 (SV1) and Trial Visit 1 (TV1)
- Index ulcer present for >4 weeks
- DFU does not change in size >30% during 14-day SOC screening period

**Exclusion Criteria:**
- Treatment of index ulcer with investigational drug or therapeutic device within 30 days
- Creatinine >3.0 mg/dl within 120 days of randomization
- HbA1c $\geq 12.0$ within 30 days of randomization
- Active infection of treatment ulcer

*Refer to NCT03881254 on ClinicalTrials.gov for full list of inclusion/exclusion criteria*

© 2021 PolarityTE, Inc. All Rights Reserved. For Investors Only. Not For General Distribution.      19



## DFU Randomized Controlled Trial Design

**100 patients: 50 AHSC + SOC, 50 SOC were enrolled across 13 sites**



**Primary Outcome Measure**
- Percentage of wounds closed at 12 weeks defined as complete epithelialization without drainage or dressing requirements confirmed at two consecutive study visits 2 weeks apart

**Closure Determination**
- Initial closure determined by treating provider and confirmed by additional licensed personnel not treating the wound
- High resolution imaging of the closed wound sent to blinded adjudication panel comprised of three plastic surgeons
- If consensus of at least 2 of 3 adjudicators is reached that the wound is closed, the patient returns for a closure confirmation visit 2 weeks after the initial determination of closure
- The wound must remain closed at the closure confirmation visit

*Refer to NCT03881254 on ClinicalTrials.gov*

© 2021 PolarityTE, Inc. All Rights Reserved. For Investors Only. Not For General Distribution.      20













## De-Risked Asset Driving Near and Long-Term Growth



**Real World Experience**
- ✓ 1,200 SkinTE applications

**Scientific Body of Evidence**
- ✓ DFU multi-center randomized trial of 100 patients met primary and secondary endpoint
- ✓ > 10 peer-reviewed SkinTE scientific publication

**Intellectual Property**
- ✓ Total of 12 allowed and granted utility patents – 10 Internationally and 2 in the U.S.

**Large Market Opportunity**
- ✓ Backed by real-world proof of concept and experience; initial IND submitted July 23, 2021

© 2021 PolarityTE, Inc. All Rights Reserved. For Investors Only. Not For General Distribution.    27

## Key Financial Information



**Cash and Cash Equivalents:** ~$37.2 million as of March 31, 2021

**Market Cap:** $63.27 million as of July 26, 2021

**Shares Outstanding:** 81,064,080 as of July 26, 2021

**Warrants Outstanding:** 19,314,143 as of March 31, 2021

**ATM:** up to $50.0 million as of March 30, 2021

 **Focused on Capital Efficiency**

© 2021 PolarityTE, Inc. All Rights Reserved. For Investors Only. Not For General Distribution.    28

# Management



## Executive Management Team

 **David Seaburg**
Chief Executive Officer

 **Richard Hague**
President & Chief Operating Officer

 **Jacob Patterson**
Interim Chief Financial Officer

 **Stephen Milner, MD, DDS, DSc, FACS**
Chief Clinical Officer

 **Nikolai Sopko, MD, PhD**
Chief Scientific Officer & Vice President R&D

 **Ryan Mathis, MD**
Vice President of Commercial Strategy

 **Caroline Garrett, DVM, DACLAM**
Chief Veterinary Officer

 **Cameron Hoyler, JD**
Executive Vice President Development & Strategy General Counsel

 **Kolby Day**
Senior Vice President of Operations

© 2021 PolarityTE, Inc. All Rights Reserved. For Investors Only. Not For General Distribution.

29

# Board of Directors



 **Peter Cohen, MBA**
Chairman of the Board
- Former Board Member of the NYSE
- Former Chairman of Shearson Lehman Hutton, Inc.
- Former Chairman and CEO of Cowen Inc.
- Vice Chairman and Lead Director of the Board of Directors of Scientific Games Corporation
- Federal Reserve International Capital Markets Advisory Committee

 **Minnie Baylor-Henry, JD**
Director
- Former Johnson & Johnson Worldwide Vice President of Regulatory Affairs for Medical Devices, Vice-President of U.S. Regulatory Affairs and Medical Affairs for Specialty Pharmaceuticals
- Served for nearly a decade at the U.S. Food and Drug Administration
- Past Chair of the Food and Drug Law Institute and the Drug Information Association

 **Willie Bogan, JD, MA**
Director
- Previously Associate General Counsel and Corporate Secretary of McKesson Corporation
- Stanford Law School JD
- Rhodes Scholar, Oxford University MA in Politics and Economics
- Dartmouth College Phi Beta Kappa and Summa Cum Laude

 **Chris Nolet**
Director & Chairman of the Audit Committee
- Former Partner at Ernst & Young
- Former Partner at PricewaterhouseCoopers
- Member of Executive Committee and Co-Chair of the Finance Committee of the California Life Sciences Industry Association (CLSA)
- Former Member of the Finance & Investment Committee and Emerging Companies Section of the Biotechnology Innovation Organization

 **Jeff Dyer, MBA, PhD**
Director
- Horace Beesley Professor of Strategy at Brigham Young University & the Wharton School, University of Pennsylvania
- Internationally recognized strategy & innovation expert
- Author of business bestsellers Innovator's DNA & The Innovator's Method
- Most published strategy scholar in Harvard Business Review

 **Jessica Shen, MD**
Director
- Former Johnson & Johnson Vice President of Clinical Development and Regulatory Affairs of the Global Surgery Group
- Currently Senior Vice President, Head of Global Regulatory, Medical, Clinical & Health Economic Outcomes Research (HEOR) Affairs and Global Government Regulations & Standards at Royal Philips
- Medical Degree from Nanjing Medical and Master of Science from University of Kentucky, Lexington

© 2021 PolarityTE, Inc. All Rights Reserved. For Investors Only. Not For General Distribution.

30



© 2021 PolarityTE, Inc.  All Rights Reserved.  For Investors Only.  Not For General Distribution.

# References



1.  Sen, Chandan K. "Human Wounds and Its Burden: An Updated Compendium of Estimates." *Advances in wound care* vol. 8,2 (2019): 39-48. doi:10.1089/wound.2019.0946
2.  Armstrong, David G et al. "Complete wound closure following a single topical application of a novel autologous homologous skin construct: first evaluation in an open-label, single-arm feasibility study in diabetic foot ulcers." International wound journal vol. 17,5 (2020): 1366-1375. doi:10.1111/iwj.13404Centers for Disease Control and Prevention. National Diabetes Statistics Report, 2020. Atlanta, GA: Centers for Disease Control and Prevention, U.S. Dept of Health and Human Services; 2020.
3.  Margolis, D J et al. "Healing of diabetic neuropathic foot ulcers receiving standard treatment. A meta-analysis." Diabetes care vol. 22,5 (1999): 692-5. doi:10.2337/diacare.22.5.692
4.  Marston, William A et al. "The efficacy and safety of Dermagraft in improving the healing of chronic diabetic foot ulcers: results of a prospective randomized trial." Diabetes care vol. 26,6 (2003): 1701-5. doi:10.2337/diacare.26.6.1701
5.  Veves, A., Falanga, V., Armstrong, D., & Sabolinski, M. (2001, February 01). Graftskin, a Human Skin Equivalent, Is Effective in the Management of Noninfected Neuropathic Diabetic Foot Ulcers. Retrieved September 09, 2020, from https://care.diabetesjournals.org/content/24/2/290?ijkey=6071b17c5dfea05b0d0ccccca9f39a893c3461d39
6.  Rowley WR, Bezold C, Arikan Y, Byrne E, Krohe S. Diabetes 2030: Insights from Yesterday, Today, and Future Trends. Popul Health Manag. 2017;20(1):6-12. doi:10.1089/pop.2015.0181
7.  Singh, Nalini et al. "Preventing foot ulcers in patients with diabetes." JAMA vol. 293,2 (2005): 217-28. doi:10.1001/jama.293.2.217
8.  Armstrong, David G et al. "Five year mortality and direct costs of care for people with diabetic foot complications are comparable to cancer." *Journal of foot and ankle research* vol. 13,1 16. 24 Mar. 2020, doi:10.1186/s13047-020-00383-2
9.  Kim SY, Kim TH, Choi JY, et al. Predictors for Amputation in Patients with Diabetic Foot Wound. Vasc Specialist Int. 2018;34(4):109-116. doi:10.5758/vsi.2018.34.4.109
10. Armstrong, D. (2017, June). Diabetic Foot Ulcers and Their Recurrence: NEJM. Retrieved September 09, 2020, from https://www.nejm.org/doi/full/10.1056/NEJMra1615439
11. Raghav, Alok & Khan, Zeeshan & Labala, Rajendra & Ahmad, Jamal & Noor, Saba & Mishra, Brijesh. (2017). Financial burden of diabetic foot ulcers to world: a progressive topic to discuss always. Therapeutic Advances in Endocrinology and Metabolism. 9. 204201881774451. 10.1177/2042018817744513.
12. "A multicentre, randomised controlled clinical trial evaluating the effects of a novel autologous, heterogeneous skin construct in the treatment of Wagner one diabetic foot ulcers: interim analysis" in *International Wound Journal*
13. Lipsky BA, Berendt AR, Cornia PB, et al. 2012 Infectious Diseases Society of America clinical practice guideline for the diagnosis and treatment of diabetic foot infections. Clin Infect Dis. 2012;54(12):e132-e173. doi:10.1093/cid/cis346
14. Lavery LA, Armstrong DG, Wunderlich RP, Tredwell J, Boulton AJ. Diabetic foot syndrome: evaluating the prevalence and incidence of foot pathology in Mexican Americans and non-Hispanic whites from a diabetes disease management cohort. Diabetes Care. 2003;26(5):1435-1438. doi:10.2337/diacare.26.5.1435
15. Senneville, É, Lipsky, BA, Abbas, ZG, et al. Diagnosis of infection in the foot in diabetes: a systematic review. Diabetes Metab Res Rev. 2020; 36( S1):e3281. https://doi.org/10.1002/dmrr.3281
16. "Preventing Pressure Ulcers in Hospitals." AHRQ, www.ahrq.gov/patient-safety/settings/hospital/resource/pressureulcer/tool/pu1.html.
17. VanGilder, Catherine; Lachenbruch, Charlie; Algrim-Boyle, Corrine; Meyer, Stephanie The International Pressure Ulcer Prevalence™ Survey, Journal of Wound, Ostomy and Continence Nursing: January/February 2017 - Volume 44 - Issue 1 - p 20-28 doi: 10.1097/WON.0000000000000292
18. Frankel, Heidi et al. "Risk factors for pressure ulcer development in a best practice surgical intensive care unit." *The American surgeon* vol. 73,12 (2007): 1215-7.
19. Russo, C.A. (Thomson Reuters), Steiner, C. (AHRQ) and Spector, W. (AHRQ). Hospitalizations Related to Pressure Ulcers, 2006. HCUP Statistical Brief #64. December 2008. Agency for Healthcare Research and Quality, Rockville, MD. http://www.hcup-us.ahrq.gov/reports/statbriefs/sb64.pdf https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2647498/

© 2021 PolarityTE, Inc.  All Rights Reserved.  For Investors Only.  Not For General Distribution.

# References (Continued)



20. Bates-Jensen BM, Guihan M, Garber SL, Chin AS, Burns SP. Characteristics of recurrent pressure ulcers in veterans with spinal cord injury. J Spinal Cord Med. 2009;32(1):34-42. doi:10.1080/10790268.2009.11760750
21. Padula, W. V., & Delarmente, B. A. (2019). The national cost of hospital-acquired pressure injuries in the United States. International Wound Journal, 16(3), 634-640. https://doi.org/10.1111/iwj.13071
22. Bauer K, Rock K, Nazzal M, Jones O, Qu W. Pressure ulcers in the United States' inpatient population from 2008 to 2012: results of a retrospective nationwide study. Ostomy Wound Manage. 2016;62(11):30-38.
23. Berlowitz Dea. Preventing pressure ulcers in hospitals: A toolkit for improving quality of care. Available at: www.ahrq.gov/sites/default/files/publications/files/putoolkit.pdf. Accessed December 30, 2015.
24. Duncan DI, Borunda-Rivera P, DeFelice B, Duncan D, Warner A. Autologous Homologous Skin Construct for the Healing of a Chronic Stump Wound and Repair of Sinus Tract in Diabetic Patient. DFCon19 (Los Angeles, CA) October 17-19, 2019.
25. Shenaq D, Nigriny JF, Miranda EP, Price TP, Moon JL, Rauscher GE, Granick MS. Retrospective Multicenter Case Series of Pressure Ulcers Treated with a Novel Autologous Homologous Skin Construct. Boswick Burn and Wound Symposium (Maui, HI) January 25-30, 2020.
26. Bluestein D, Javaheri A. Pressure ulcers: prevention, evaluation, and management. Am Fam Physician. 2008 Nov 15;78(10):1186-94. PMID: 19035067.
27. Bamba R, et al. Flap Reconstruction for Pressure Ulcers: An Outcomes Analysis. Plast Reconstr Surg Glob Open. 2017. doi: 10.1097/GOX.000000000001187. eCollection 2017 Jan.
28. DiMaggio, Charles et al. "Traumatic injury in the United States: In-patient epidemiology 2000-2011." Injury vol. 47,7 (2016): 1393-403. doi:10.1016/j.injury.2016.04.002
29. VanGilder C, Macfarlane GD, Meyer S. Results of nine international pressure ulcer prevalence surveys: 1989 to 2005. Ostomy Wound Manage. 2008;54(2):40-54.
30. Astor Reigstad, Karl R. Hetland, Kjell Bye, Svein Waage, Magne Rokkum & Torstein Husby (1992) Free tissue transfer for Type III tibial fractures, Acta Orthopaedica Scandinavica, 63:5, 477-481, DOI: 10.3109/17453679209154718
31. Zhen, Ping et al. "One-stage treatment and reconstruction of Gustilo Type III open tibial shaft fractures with a vascularized fibular osteoseptocutaneous flap graft." Journal of orthopaedic trauma vol. 24,12 (2010): 745-51. doi:10.1097/BOT.0b013e3181d88a07
32. Armstrong, DG, Orgill, DP, Galiano, R, et al. Complete wound closure following a single topical application of a novel autologous homologous skin construct: first evaluation in an open-label, single-arm feasibility study in diabetic foot ulcers. Int Wound J. 2020; 17: 1366–1375. https://doi.org/10.1111/iwj.13404
33. Mundinger, Gerhard S et al. "Autologous Heterogeneous Skin Construct Closes Traumatic Lower Extremity Wounds in Pediatric Patients: A Retrospective Case Series." The international journal of lower extremity wounds, 1534734621992284. 9 Mar. 2021, doi:10.1177/1534734621992284
34. Ritter E, Buckley K, Dumpe J, Lima M, Blakely M. Rethinking the Reconstructive Ladder: Treatment of Complex Lower Extremity Traumatic Injuries with a Novel Autologous Homologous Skin Construct. Desert Foot 2019 (Phoenix, AZ). December 4 -7, 2019.
35. 2016 NBR Burn incidence Factsheet
36. Berg A, Kaul S, Rauscher GE, Blatt M, Cohn S. Successful Full-Thickness Skin Regeneration Using Epidermal Stem Cells in Traumatic and Complex Wounds: Initial Experience. Cureus. 2020;12(9):e10558. Published 2020 Sep 20. doi:10.7759/cureus.10558
37. A Prospective, Multicenter, Pilot Trial Of A Novel Homologous Skin Construct On Deep Partial-Thickness And Full-Thickness Burns" in Annals of Burns and Fire Disasters
38. Baetz et al. Evaluation in a porcine wound model and long-term clinical evaluation including tissue biopsy of an autologous heterogeneous skin construct to close full-thickness wounds. 2021. Wound Repair and Regeneration. In review.

© 2021 PolarityTE, Inc. All Rights Reserved. For Investors Only. Not For General Distribution.

**Exhibit 99.2**



SkinTE[®] Met Primary and Secondary Endpoints in Final Analysis from Diabetic Foot Ulcer Trial
*Data Included in Investigational New Drug Application Submitted on July 23, 2021*
*Company Announces Completion of Study Evaluating SkinTE for the treatment of Venous Leg Ulcers*

**SALT LAKE CITY, July 28, 2021 – PolarityTE, Inc. (Nasdaq: PTE)** today announced final data from a multi-center randomized controlled trial evaluating treatment of Diabetic Foot Ulcers (DFU) with its investigational product SkinTE[®] plus standard of care (SOC) vs SOC alone (NCT03881254). The trial met the primary endpoint of wound closure at 12 weeks and secondary endpoint of Percent Area Reduction (PAR) assessed at 4, 6, 8, 10, and 12 weeks. 100 participants were evaluated across 13 sites with 50 participants receiving SkinTE plus SOC and 50 receiving SOC alone. PolarityTE is pleased to announce today the final analysis of the full data set, which includes:

- **Primary Endpoint:** 70% (35/50) of participants receiving SkinTE plus SOC had wound closure at 12 weeks versus 34% (17/50) of participants receiving SOC alone (p=0.00032)
- **Secondary Endpoint:** Percent Area Reduction (PAR) assessed at 4, 6, 8, 10, and 12 weeks was significantly greater for the SkinTE plus SOC treatment group vs SOC alone (p=0.009)
- 90% (45/50) of SkinTE plus SOC treated participants received a single application of SkinTE
- Treatment with SkinTE plus SOC increased the odds of wound closure by 5.37 times versus SOC (p=0.001)

**Mean (SD) values for PAR at weeks 4, 6, 8, 10, and 12 by treatment group**

| Week | SkinTE | SOC |
|---|---|---|
| 4 | 74.0 (27.63) | 22.0 (149.92) |
| 6 | 82.9 (26.35) | 21.2 (160.60) |
| 8 | 80.7 (35.16) | 26.8 (147.42) |
| 10 | 79.7 (54.07) | 45.6 (114.18) |
| 12 | 84.3 (39.46) | 50.5 (92.24) |

- 148 Adverse Events (AEs) were allocated to 49 subjects. The SkinTE plus SOC treatment group had 66 AEs allocated to 21 subjects while the SOC treatment group had 82 AEs allocated to 28 subjects. There were 26 Serious Adverse Events (SAEs), 12 in the SkinTE plus SOC treatment group (7 subjects) and 14 in the SOC treatment group (9 subjects).
- Wound size for the SkinTE plus SOC treatment group was 3.5 $cm^2$ versus 3.2 $cm^2$ for the SOC treatment group (p=0.46). A comparison by treatment group for wound-related variables showed that variables were well balanced between groups with the exception of sharp debridement count, which was marginally statistically significantly higher in the SOC group compared to the SkinTE group, due to shorter wound closure times in the SkinTE group.

While this DFU study will not be considered to be a registrational trial as part of a Biologic License Application (BLA), the Company incorporated data from the trial as part of its Investigational New Drug (IND) application to the FDA, which was submitted on July 23, 2021.

Additionally, PolarityTE announced a randomized controlled trial evaluating SkinTE versus SkinTE plus SOC in Venous Leg Ulcers (VLUs) has been completed with a total of 29 enrolled participants. Topline data from the VLU trial will be announced via press release in the second half of 2021.

Nikolai Sopko, MD, PhD commented, "Every 1.2 seconds someone in the U.S. develops a diabetic foot ulcer and the full results of this study further solidify our belief that SkinTE has significant potential to positively impact the lives of patients suffering from debilitating wounds. We are incredibly grateful to all of the subjects who participated in the study, our Principal Investigator, Dr. David Armstrong, all of the investigators in the trial, and the healthcare providers and clinical trial teams. Without their willingness to see this trial through to completion, we would not be in the position we are in today with data and real-world experience that illustrates the potential of SkinTE."

**About PolarityTE[®]**

PolarityTE is focused on transforming the lives of patients by discovering, designing, and developing a range of regenerative tissue products and biomaterials for the fields of medicine, biomedical engineering and material sciences. Rather than manufacturing with synthetic and foreign materials within artificially engineered environments, PolarityTE manufactures products from the patient's own tissue and uses the patient's own body to support the regenerative process. From a small piece of healthy autologous tissue, the company creates an easily deployable, dynamic, and self-propagating product designed to regenerate the target tissues. PolarityTE's innovative methods are intended to promote and accelerate growth of the patient's tissues to undergo a form of effective regenerative healing. PolarityTE's products, including SkinTE, are in the development stage, and are not approved or available for clinical use. Learn more at www.PolarityTE.com – Welcome to the Shift[®].

**Forward Looking Statements**

Certain statements contained in this release are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. They are generally identified by words such as "believes," "may," "expects," "anticipates," "intend," "plan," "will," "would," "should" and similar expressions. Readers should not place undue reliance on such forward-looking statements, which are based upon the Company's beliefs and

assumptions as of the date of this release. The Company's actual results could differ materially due to the impact of the COVID-19 pandemic, future clinical studies, and FDA regulatory matters, which cannot be predicted, and the risk factors and other items described in more detail in the "Risk Factors" section of the Company's Annual Reports and other filings with the SEC (copies of which may be obtained at www.sec.gov). Subsequent events and developments may cause these forward-looking statements to change. The Company specifically disclaims any obligation or intention to update or revise these forward-looking statements as a result of changed events or circumstances that occur after the date of this release, except as required by applicable law.

POLARITYTE, the POLARITYTE logo, SKINTE, WHERE SELF REGENERATES SELF and WELCOME TO THE SHIFT are registered trademarks of PolarityTE, Inc.

**CONTACTS**
**Investors:**
Rich Haerle
VP, Investor Relations
PolarityTE, Inc.
ir@PolarityTE.com
(385) 315-0697