# Exhibit 16

FEI Number
**3014453293**

Firm Name
**PolarityTE, Inc**

Firm Address

**1960 S 4250 W**

**Salt Lake City, UT 84104-4836**

**United States**

## FDA Actions Timeline



**3014453293   —   PolarityTE, Inc**

# Inspections

| Inspections | Classifications |
|:---:|:---:|
| 1 | 1 |

## Inspection Classifications by Fiscal Year
### Fiscal Years: 2018 - 2018



## Inspection Classifications by Type
### Fiscal Years: 2018 - 2018





## Inspections Details

| Inspection ID | Inspection End Date | Project Area | Product Type | Classification |
|---|---|---|---|---|
| 1058841 | 07/13/2018 | Human Cellular, Tissue, and Gene Therapies | Biologics | VAI |

**3014453293    —    PolarityTE, Inc**

## Inspections Citations Details

*Citations data include Form FDA 483 citations and may not necessarily represent citations on final classification letters.

| Inspection ID | Inspection End Date | Program Area | Act/CFR Number | Short Description | Long Description | |
|---|---|---|---|---|---|---|
| 1058841 | 07/13/2018 | Drugs | 21 CFR 211.22(a) | Authority lacking to review records, investigate errors | The quality control unit lacks authority to fully investigate errors that have occurred. | |
| 1058841 | 07/13/2018 | Drugs | 21 CFR 211.42(a) | Buildings of Suitable Size, Construction, Location | Buildings used in the manufacture, processing, packing, or holding of a drug product do not have the suitable construction to facilitate cleaning, maintenance, and proper operations. | |
| 1058841 | 07/13/2018 | Drugs | 21 CFR 211.42(c)(5) | Mfg / Processing Operations Area | Separate or defined areas to prevent contamination or mix-ups are deficient regarding the manufacturing and processing operations. | |
| 1058841 | 07/13/2018 | Drugs | 21 CFR 211.42(c)(10)(iv) | Environmental Monitoring System | Aseptic processing areas are deficient regarding the system for monitoring environmental conditions. | |
| 1058841 | 07/13/2018 | Drugs | 21 CFR 211.42(c)(10)(v) | Cleaning System | Aseptic processing areas are deficient regarding the system for cleaning and disinfecting the room to produce aseptic conditions. | |
| 1058841 | 07/13/2018 | Drugs | 21 CFR 211.100(a) | Absence of Written Procedures | There are no written procedures for production and process controls designed to assure that the drug products have the identity, strength, quality, and purity they purport or are represented to possess. | |
| 1058841 | 07/13/2018 | Drugs | 21 CFR 211.160(a) | Following/documenting laboratory controls | Established laboratory control mechanisms are not followed and documented at the time of performance. | |
| 1058841 | 07/13/2018 | Drugs | 21 CFR 211.166(a) | Lack of written stability program | There is no written testing program designed to assess the stability characteristics of drug products. | |



**3014453293 — PolarityTE, Inc**

## Compliance Actions

| Warning Letters | Injunctions | Seizures |
|:---:|:---:|:---:|
| 0 | 0 | 0 |

### Actions by Percentage



No data found for the selected firm

### Compliance Actions Details

No data found for the selected firm

**3014453293    –    PolarityTE, Inc**

# Recalls

## Recalled Products by Classification

No data found for the selected firm

## Recall Events by Status

No data found for the selected firm

## Recalls Details

No data found for the selected firm

**3014453293   –   PolarityTE, Inc**

# Import Refusals

### Refusals by Product Category

No data found for the selected firm

### Import Refusals Details

No data found for the selected firm

**3014453293   —   PolarityTE, Inc**

## Import Alerts



- Search results are not returned based on an exact match of the firm name. Users should review the search results to determine whether the firm appears in the Import Alert and that the firm's products are allowed into the country.

- Only current/active Import Alerts are displayed. For more information see Import Alerts.

No Import Alerts data found for the selected firm.

**3014453293    —    PolarityTE, Inc**

# Warning Letters



- The search results below should be reviewed to determine whether the firm is directly or indirectly referenced in the Warning Letter.
- Only Warning Letters issued in the last 5 years are displayed. For more information see Warning Letters.

No Warning Letters data found for the selected firm.

## Caveats:

- Certain information in these datasets may not be presented or may have changed since the posting. The datasets are updated weekly and only include final actions. If you need to present more recent or more complete data for official purposes or have questions about obtaining other data, please contact the Division of Freedom of Information about what materials may be available in electronic reading rooms or inquire about other datasets that would satisfy your needs.

- Compliance data provide information on a subset of the actions used by the FDA to bring firms into compliance, specifically data pertaining to Warning Letters, Seizures, and Injunctions. The compliance actions disclosed include only finalized and completed actions and are primarily used in the domestic arena.

- More than one establishment may be associated with one compliance action. The counts provided in this section reflect the number of establishments linked to the compliance action.

- For more information regarding the Center for Tobacco Products (CTP) issued warning letters click here.

- FDA has removed Medical Device Single Audit Program (MDSAP) audit reports, which are conducted by certified third-party auditors and may be considered in lieu of an FDA surveillance inspection, from the FDA Data Dashboard. FDA has determined that MDSAP audits do not meet the criteria for posting on the FDA Data Dashboard.