# Exhibit 17

# HCT/P Inspection Information

Inspections Performed in Fiscal Years 2016 to 2020



Inspection Conclusion by Fiscal Year

Inspection Conclusion by Fiscal Year

|  | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|
| **Inspections Classified NAI** | 541 | 561 | 529 | 440 | 236 |
| **Inspections Classified VAI** | 97 | 57 | 93 | 111 | 40 |
| **Inspections Classified OAI** | 5 | 8 | 12 | 12 | 8 |
| **Number of Inspections[1]** | 636 | 621 | 625 | 563 | 287 |

**NAI** = No Action Indicated, meaning no objectionable conditions or practices were found during the inspection (or the significance of the documented objectionable conditions found does not justify further action).

**VAI** = Voluntary Action Indicated, meaning objectionable conditions were found and documented but the agency is not prepared to take or recommend regulatory action.

**OAI** = Official Action Indicated, meaning objectionable conditions were found and regulatory action should be recommended.

[1]Sum of inspection classifications does not equal total number of inspections performed by fiscal year due to data constraints.