# Exhibit 23

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

## FORM 8-K

**CURRENT REPORT**

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): December 20, 2021

# POLARITYTE, INC.

(Exact name of registrant as specified in its charter)

| **Delaware** | **001-32404** | **06-1529524** |
|---|---|---|
| (State or other jurisdiction | (Commission | (IRS Employer |
| of incorporation) | File Number) | Identification No.) |

**1960 S. 4250 West, Salt Lake City, UT 84104**

(Address of principal executive offices and zip code)

Registrant's telephone number, including area code: **(800) 560-3983**

(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| Common Stock, Par Value $0.001 | PTE | Nasdaq Capital Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐.

**Item 7.01    Regulation FD Disclosure**

On December 20, 2021, PolarityTE, Inc., issued a press release titled "PolarityTE Announces Submission of Complete Response to FDA's Clinical Hold Correspondence for SkinTE® Investigational New Drug Application." A copy of the press release is furnished with this filing as Exhibit 99.1.

**Item 9.01    Financial Statements and Exhibits.**

(d)    Exhibits.

| Exhibit No. | Description |
|---|---|
| 99.1 | Press release dated December 20, 2021, titled "PolarityTE Announces Submission of Complete Response to FDA's Clinical Hold Correspondence for SkinTE® Investigational New Drug Application." |
| 104 | Cover Page Interactive Data File, formatted in Inline XBRL |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**POLARITYTE, INC.**

Dated: December 20, 2021

*/s/ Jacob Patterson*

Jacob Patterson
Chief Financial Officer

**Exhibit 99.1**



PolarityTE Announces Submission of Complete Response to FDA's Clinical Hold Correspondence for SkinTE® Investigational New Drug Application

**SALT LAKE CITY, December 20, 2021 – PolarityTE, Inc. (Nasdaq: PTE)** a biotechnology company developing regenerative tissue products and biomaterials, today announced that it has submitted its complete response to the U.S. Food and Drug Administration's (FDA) clinical hold correspondence regarding its Investigational New Drug (IND) Application for SkinTE® with a proposed indication for chronic cutaneous ulcers. As previously disclosed, the primary hold issues are certain Chemistry, Manufacturing, and Control (CMC) items, including the assay to demonstrate the potency of SkinTE.

The Company's complete response to the hold issues was submitted on December 17, 2021. Under FDA's standard practices and regulations, if FDA agrees that the Company's response is complete, a decision from FDA should be communicated to the Company within 30 days, subject to potential delays or other unforeseen circumstances.

Richard Hague, Chief Executive Officer and President of PolarityTE, commented, "I am incredibly proud of the extraordinary efforts of our entire team in preparing our complete response to the Agency. We believe that our response is robust and compelling in terms of addressing the issues raised by the FDA. We cannot predict how the Agency will respond or whether the IND will be accepted based on our complete response, but we look forward to receiving the Agency's feedback in due course. We remain completely focused and fully committed to obtaining clearance of SkinTE's IND application as soon as possible so that we can commence our first pivotal study, and we look forward to continued engagement with the Agency as we work to advance SkinTE through the regulatory process."

**About PolarityTE®**

PolarityTE is focused on transforming the lives of patients by discovering, designing, and developing a range of regenerative tissue products and biomaterials for the fields of medicine, biomedical engineering and material sciences. Rather than manufacturing with synthetic and foreign materials within artificially engineered environments, PolarityTE manufactures products from the patient's own tissue and uses the patient's own body to support the regenerative process. From a small piece of healthy autologous tissue, the company creates an easily deployable, dynamic, and self-propagating product designed to regenerate the target tissues. PolarityTE's innovative methods are intended to promote and accelerate growth of the patient's tissues to undergo a form of effective regenerative healing. PolarityTE's products, including SkinTE, are in the development stage, and are not approved or available for clinical use. Learn more at www.PolarityTE.com – Welcome to the Shift®.

**Forward Looking Statements**

Certain statements contained in this release are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. They are generally identified by words such as "believes," "may," "expects," "anticipates," "intend," "plan," "will," "would," "should" and similar expressions. Readers should not place undue reliance on such forward-looking statements, which are based upon the Company's beliefs and assumptions as of the date of this release. The Company's actual results could differ materially due to the impact of the COVID-19 pandemic, future clinical studies, and FDA regulatory matters, which cannot be predicted, and the risk factors and other items described in more detail in the "Risk Factors" section of the Company's Annual Reports and other filings with the SEC (copies of which may be obtained at www.sec.gov). Subsequent events and developments may cause these forward-looking statements to change. The Company specifically disclaims any obligation or intention to update or revise these forward-looking statements as a result of changed events or circumstances that occur after the date of this release, except as required by applicable law.

POLARITYTE, the POLARITYTE logo, SKINTE, WHERE SELF REGENERATES SELF and WELCOME TO THE SHIFT are registered trademarks of PolarityTE, Inc.

**CONTACTS**

**Investors:**
PolarityTE Investor Relations
ir@PolarityTE.com
385-831-5284