# Exhibit 26

**FDA U.S. FOOD & DRUG** ADMINISTRATION

Our Reference:  IND 27695

**CLINICAL HOLD**
September 17, 2021

PolarityTE MD, Inc
Attention:  Richard Hague
1960 South 4250 West
Salt Lake City, UT 84104

Dear Mr. Hague:

Please refer to your Investigational New Drug Application (IND) submitted and received July 23, 2021, under section 505(i) of the Federal Food, Drug, and Cosmetic Act for "Autologous Heterogeneous Human Cutaneous Skin Cells [SkinTE]; Topical."

As communicated by telephone on August 20, 2021, from Crystal Melendez of this Office to you, your study under this IND has been placed on clinical hold and subjects may not be given the investigational drug.

We are placing your IND on clinical hold because:

- The IND does not contain sufficient information required under 21 CFR 312.23 to assess the risks to subjects of the proposed studies (21 CFR 312.42(b)(1)(iv)).

- For phase 2 or 3 studies under an IND, the plan or protocol for the investigation is clearly deficient in design to meet its stated objectives (21 CFR 312.42(b)(2)(ii)).

The following are the specific deficiencies and the information needed to resolve them.

Chemistry, Manufacturing, and Controls

1. In response to our information request (IR) (sent August 5, 2021), you proposed a potency assay matrix that includes gene assays that detect the presence of components found in epidermis [Redacted - Trade Secret/Co] and dermis [Redacted - Trade Se] [Redacted - Trade Secret/Confidential] [Redacted]. The two proposed gene assays are appropriate to identify epidermal and dermal components in your drug product (DP) (i.e., identity testing), but do not demonstrate relevant biological activity of the product. Therefore, we do not agree that the proposed potency assay matrix provides an adequate potency assay for your product. As we mention in our Pre-IND correspondence (sent Feb 4, 2021) and IR comment (sent August 5, 2021), a potency assay should assess the biological function that is relevant to the

Page 2 – IND 27695 – Richard Hague

mechanism of action (MOA) of your product. Potency is a critical aspect of an adequate and well controlled study because conformance to established limits for potency is necessary to provide reasonable confidence that product lots will perform as expected at a given dose in patients. The viability and metabolic activity of critical components alone are unlikely to be sufficient to meet the stated objectives. Particularly for late-stage studies intended to show efficacy, as in your proposed Phase 3 study, a potency assay is required to be established and qualified prior to initiating clinical studies intended to provide the primary evidence of effectiveness to support a marketing application. Discovery-driven methods such as microarrays, proteomics, in vitro assays, or other types of analysis could be used to identify potential potency markers when the MOA is not clearly defined. Please provide potency assay information with scientific rationale and qualification data based on your manufacturing experience to show that your proposed potency assays will consistently reflect your product's relevant biological properties.

2. You provide Study RD-PT-033 (Redacted - Trade Secret/Confidential demonstrating that Redacted - Trade Secret/Confidential Redacted - Trade Secret/Confidential . Your test results suggest that an important criterion for SkinTE engraftment is Redacted - Trade Secret/Confidential Also, Figure 4 in the study report suggests Redacted - Trade Secret/Confidential However, you did not provide information on whether the Redacted - Trade Secret/Confidential affect the dosage of your DP and also did not include the criterion for the tissue Redacted - Trade Secret/Confidential in your DP release specification. Please provide information on whether the Redacted - Trade Secret/Confidential affect the final volume of the DP, and subsequently the dosage of the DP. In addition, please revise the DP release specifications to include Redacted - Trade Secret/Confidential , since this appears to be an important criterion for DP engraftment. Alternatively, please provide adequate justification for not including Redacted - Trade Secret/Confidential in the DP release specifications.



3. Critical control point (CCP) #3 of your manufacturing step 1 (Intake) indicates that the harvested tissue needs to be processed within Redacted - Trade Se after documented Redacted - Trade Secret/Confidential . In Section 3.2.P.8.1, you state Redacted - Trade Secret/Confidential for evaluation of SkinTE stability. However, you did not provide information about how the Redacted - Trade Secret/C tissue storage time is determined and did not provide the storage instructions for the harvested tissue. Please provide information about how the Redacted - Trade Secret/Conf tissue storage time is determined and information demonstrating that the storage conditions do not have adverse effects on tissue function. Please also provide the storage instructions for the harvested tissue.



Page 3 – IND 27695 – Richard Hague

4.  The viability data provided in Figure 2.3.S.10 indicates that Redacted - Trade Secret/Confidential affects the viability of the SkinTE. Redacted - Trade Secret/Confidential Please provide information on how the Redacted - Trade Secret/Confidential and whether it may affect tissue viability.

5.  You use Redacted - Trade Secret/Confidential in the processing of Redacted - Trade Secret/Confidential We also acknowledge that, in Table 3.2.S.3.2.1, you state that additional validations (PRO-0079 and PRO-0088) were performed to demonstrate no inhibition of Redacted - Trade Secret/Confidential. However, you did not provide any information on these studies. Although the Redacted - Trade Secret/Confidential may be acceptable, we request that you perform and submit data from Redacted - Trade Secret/Confidential

    The sterility test method used in the Redacted - Trade Secret/Confidential studies should be the same method used to test your product.  Please refer to the United States Pharmacopeia test method titled, "<71> Sterility Tests," for a description of appropriate test methodology. If PRO-0079 and PRO-0088 contain data from Redacted - Trade Secret/Confidential, please provide the study reports for our review.

6.  In Section 3.2.P.3.3 (Step 8; Figure 3.2.P.3.3.3), you state that samples for microbial detection testing are Redacted - Trade Secret/Confidential However, you collect samples from the actual product for other release testing such as endotoxin, identity, and potency (Figure 3.2.S.4.2.5). It is preferable that you collect samples from the actual product for all release testing, including sterility testing. Please provide justification for this residual sampling method for sterility testing and provide qualification data demonstrating the adequacy of this sampling method.

7.  In Section 3.2.P.2.4, you state that a female non-vented luer lock cap is selected based on its ability to preserve sterility during storage of the DP and its general compatibility with the DP. However, you did not provide adequate information to demonstrate that the caps meet these requirements. Since the syringe cap appears to have direct contact with the DP during storage, please provide additional information regarding the cap component. This information should include, but not be limited to, description; schematics or drawings; principle of operation (i.e., how it achieves a "Redacted - Trade Secret/Confidential" function); materials of construction; biocompatibility; sterilization; and packaging and shelf life of the caps as obtained from the original manufacturer.  If this information is contained in a Master File, you may provide a letter of authorization from the third party to

Page 4 – IND 27695 – Richard Hague

cross-reference the information in the Master File, and you should specify the location of the information to be cross-referenced.

8. Based on the information provided in Table 3.2.P.7.1 and Figure 3.2.P.3.3.2, the syringe cap contains a colorant (i.e., metallic gray). However, you do not provide any details on this colorant. Please provide the following information on all colorants contained in the device:

   a. Chemical name and the Chemical Abstract Services (CAS) number of each key colorant in the formulation.

   b. Purity level of the colorant.

   c. Estimated absolute amount of colorant (in weight) per device.

   d. Material Safety Data Sheet (MSDS) for each colorant.

   e. Identification of other US marketed medical devices by device name, manufacturer, submission number, and where the colorants have been previously used, if known.

**You must not conduct studies in humans under this IND** until we have received and reviewed your response to the above deficiencies, and notified you that you may proceed with the investigation.

When you respond to all deficiencies identified above, please identify your response as a "**CLINICAL HOLD COMPLETE RESPONSE**" and submit this information to the IND. We recommend that you restate each item and follow it with your explanation or clarification. Use of this format helps organize the relevant information and provides a self-contained document that facilitates future reference. Following receipt of your complete response, we will notify you of our decision within 30 days. An incomplete response will not start the review clock. For additional information, please refer to the guidance for industry *Submitting and Reviewing Complete Responses to Clinical Holds* at https://www.fda.gov/regulatory-information/search-fda-guidance-documents/submitting-and-reviewing-complete-responses-clinical-holds-revised.

In addition, we have the following comments and requests for additional information that are not clinical hold issues.

Redacted - Trade Secret/Confidential

Page 5 – IND 27695 – Richard Hague



Redacted - Trade Secret/Confidential

Redacted - Trade Secret/Confidential

Redacted - Trade Secret/Confidential

Page 6 – IND 27695 – Richard Hague



Page 7 – IND 27695 – Richard Hague



Your responses to any non-hold issues should be addressed in a **separate amendment** to the IND.

Page 8 – IND 27695 – Richard Hague

If you have any questions, please contact the Regulatory Project Manager, Crystal Melendez, at (240) 772-6272.

Sincerely,

**Wilson Bryan -S**

Digitally signed by Wilson Bryan -S
DN: c=US, o=U.S. Government, ou=HHS, ou=FDA, ou=People, cn=Wilson Bryan -S, 0.9.2342.19200300.100.1.1=0011265579
Date: 2021.09.17 14:55:47 -04'00'

Wilson W. Bryan, MD
Director
Office of Tissues and Advanced Therapies
Center for Biologics Evaluation and Research