# Exhibit 35

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**
# FORM 8-K
**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**
Date of Report (Date of earliest event reported): August 10, 2021

# POLARITYTE, INC.
(Exact name of registrant as specified in its charter)

| **Delaware** | **001-32404** | **06-1529524** |
|---|---|---|
| (State or other jurisdiction | (Commission | (IRS Employer |
| of incorporation) | File Number) | Identification No.) |

**1960 S. 4250 West, Salt Lake City, UT 84104**
(Address of principal executive offices and zip code)
Registrant's telephone number, including area code: **(800) 560-3983**

(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| Common Stock, Par Value $0.001 | PTE | Nasdaq Capital Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐.

**Item 2.02      Results of Operations and Financial Condition.**

On August 12, 2021, PolarityTE, Inc. (the "Company"), issued a press release titled "PolarityTE Reports Second Quarter Results and Provides Business Update," reporting unaudited condensed consolidated balance sheet information as of June 30, 2021 and December 31, 2020, and unaudited condensed consolidated results of operations and cash flows information for the three-month and six-month periods ended June 30, 2021 and 2020. A copy of the press release is furnished as Exhibit No. 99.1 to this report.

**Item 5.03      Amendments to Articles of Incorporation or Bylaws; Change in Fiscal Year.**

The Company adopted a Rights Agreement on November 7, 2019 (the "Rights Agreement"), that provided for the Company's stockholders to receive rights to purchase from the Company shares of Series A Junior Participating Preferred Stock, $0.001 par value per share (the "Series A Junior Stock"). In furtherance of the Rights Agreement the Company filed a Certificate of Designation for the Series A Junior Stock with the Secretary of State of Delaware, which had the effect of amending the Company's Restated Certificate of Incorporation to designate out of the authorized preferred stock of the Company 100,000 shares of Series A Junior Stock. The Rights Agreement expired on September 28, 2020, and that date all rights to acquire the Series A Junior Stock expired so there was no further purpose or need for the Series A Junior Stock. Consequently, on August 10, 2021, the Company filed with the Secretary of State of the State of Delaware a Certificate of Elimination eliminating from its Restated Certificate of Incorporation the designation of shares of Series A Junior Stock.

The foregoing description of the Certificate of Elimination is not complete and is qualified in its entirety by reference to the full text of the Certificate of Elimination, a copy of which is filed as Exhibit 3.1, to this Current Report on Form 8-K and is incorporated by reference herein.

**Item 9.01      Financial Statements and Exhibits.**

(d)      Exhibits.

| **Exhibit No.** | **Description** |
|---|---|
| 3.1 | Certificate of Elimination for Series A Junior Participating Preferred Stock |
| 99.1 | Press Release dated May 13, 2021, titled "PolarityTE Reports First Quarter Results and Provides Business Update." |
| 104 | Cover Page Interactive Data File, formatted in Inline XBRL |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**POLARITYTE, INC.**

Dated: August 12, 2021            */s/ Jacob Patterson*

Jacob Patterson
Interim Chief Financial Officer

**Exhibit 3.1**

**CERTIFICATE OF ELIMINATION**
**OF**
**SERIES A JUNIOR PARTICIPATING PREFERRED STOCK**
**OF**
**POLARITYTE, INC.**
(Pursuant to Section 151(g)
of the General Corporation Law of the State of Delaware)

PolarityTE, Inc., a corporation organized and existing under the laws of the State of Delaware (the "Corporation"), hereby certifies as follows:

FIRST: that the Certificate of Designation of Series A Junior Participating Preferred Stock of the Corporation establishing 100,000 shares of the Series A Junior Participating Preferred Stock of the Corporation was originally filed in the office of the Secretary of State of the State of Delaware on November 7, 2019 (the "Certificate of Designation").

SECOND: that no shares of said Series A Junior Participating Preferred Stock of the Corporation are outstanding and no shares thereof will be issued subject to said Certificate of Designation.

THIRD: that at a meeting of the Board of Directors of the Corporation (the "Board") on September 28, 2020, the Board duly adopted the following resolution approving, authorizing, and directing the elimination of the Series A Junior Participating Preferred Stock of the Corporation:

**RESOLVED FURTHER**, that the Authorized Officers of the Corporation be and hereby severally are authorized, empowered and directed, in the name and on behalf of the Corporation, to execute, acknowledge and file, pursuant to Section 151(g) of the General Corporation Law of the State of Delaware, a certificate of elimination setting forth that none of the existing Series A Junior Participating Preferred Stock are outstanding, that none will be issued pursuant to the certificate of designation of Series A Junior Participating Preferred Stock of the Corporation governing such series, originally filed by the Corporation with the Secretary of State of the State of Delaware on November 7, 2019, and that the shares that were designated as Series A Junior Participating Preferred Stock are returned to the status of authorized and unissued shares of the preferred stock of the Corporation, without designation, and thereby eliminating from the Corporation's Amended and Restated Certificate of Incorporation all matters set forth in such certificate of designation with respect to such series, in such form as the officer executing the same shall determine to be necessary, advisable or appropriate, such determination to be conclusively established by the execution thereof;

FOURTH: that in accordance with the provisions of Section 151(g) of the General Corporation Law of the State of Delaware, the Amended and Restated Certificate of Incorporation of the Corporation is hereby amended to eliminate all reference to the Series A Junior Participating Preferred Stock of the Corporation.

IN WITNESS WHEREOF, the Corporation has caused this Certificate of Elimination to be executed by its duly authorized officer on this 10th day of August 2021.

POLARITYTE, INC
By: */s/ Cameron Hoyler*
Name: Cameron Hoyler
Title: General Counsel and Executive Vice President (authorized signatory)

**Exhibit 99.1**



**PolarityTE Reports Second Quarter Financial Results and Provides**
**Business Update**
*PolarityTE to host conference call and webcast today, August 12, 2021, at 4:30 p.m. ET*

**SALT LAKE CITY, August 12, 2021 – PolarityTE, Inc. (Nasdaq: PTE)** a biotechnology company developing regenerative tissue products and biomaterials, today provided a business update and reported financial results for the second quarter ended June 30, 2021.

**Recent Business Updates**
- Submitted an Investigational New Drug application (IND) for SkinTE® on July 23, 2021, for the proposed indication of treatment of chronic cutaneous ulcers
- Reported SkinTE met primary and secondary endpoints in final analysis from Diabetic Foot Ulcer (DFU) trial
- Received notice of allowance for additional patent, bringing the Company's total number of allowed and granted utility patents worldwide to 12 – 10 abroad and 2 in the United States

In response to the IND submission the Company recently received requests from the FDA's Clinical and CMC reviewers for additional information and the Company provided initial responses to those requests. The Company appreciates the FDA's feedback and believes it is generally in line with what the Company anticipated following its pre-IND interactions with the FDA.

**Financial Updates for the Quarter Ended June 30, 2021**
- Total revenues were $2.54 million in Q2:21 compared to $4.71 million in Q1:21
- SkinTE revenues were $1.20 million in Q2:21 (April 1, 2021 through cessation of SkinTE sales on May 31, 2021) compared to $1.73 million in Q1:21
- Contract services revenues were $1.34 million in Q2:21 compared to $2.98 million in Q1:21
- Cash used in operations for Q2:21 was $4.1 million, or an average of $1.4 million per month, representing a 38% reduction from Q1:21

**Transition to a Clinical Stage Biotech Company**

As part of the transition to a clinically focused biotech company and consistent with the conclusion of FDA's enforcement discretion for certain human cells, tissues, and cellular and tissue-based products under Section 361 of the Public Health Service Act (361 HCT/Ps), the Company ceased commercial sales of SkinTE on May 31, 2021, and has made substantial reductions in costs associated with its commercial operations. The Company previously provided guidance for an IND submission in the second half of 2021 and on July 23, 2021 the Company submitted to the FDA an IND for SkinTE for the treatment of chronic cutaneous ulcers.

David Seaburg, Chief Executive Officer, commented, "We have made great strides to position the Company for the future, most recently with the submission of an IND, and I could not be more impressed by the organization's commitment to this achievement. We are also incredibly encouraged by the recent outreach and support from physicians and patients after ceasing sales of SkinTE, and we will work expeditiously in the pursuit of a Biologic License Application (BLA)." Mr. Seaburg continued, "The second quarter includes the final two months of SkinTE sales prior to the end of FDA's enforcement discretion and further solidifies our view that there is sizable market opportunity for SkinTE."

**Financial Results for the Quarter Ended June 30, 2021**

There have been significant changes in items affecting the Company's results of operations for the six-month period ended June 30, 2021, compared to the six-month period ended June 30, 2020, due to:
- The decision in April 2020 to file an IND with the FDA for SkinTE and, as a result, transition from a commercial stage company to a clinical stage company;
- The COVID-19 testing business that began in the last week of May 2020 that generated significant services revenues through March 2021, but has since substantially diminished; and
- The COVID-19 pandemic, which had a negative impact on revenues from the sale of SkinTE and IBEX services in the six-month period ended June 30, 2020, but not in the six-month period ended June 30, 2021.

As a result of the foregoing developments, the Company made a number of changes to its operations that impacted results of operations. These included reductions in the Company's work force in March and May 2020 and on June 1, 2021, and reducing the services and infrastructure needed to support a larger work force and commercial sales effort.

Net revenues increased $4.0 million, or 127%, for the six months ended June 30, 2021, compared to the six months ended June 30, 2020, and $0.3 million, or 12%, for the three months ended June 30, 2021, compared to the same period in 2020. The Company effectuated a substantial reduction in force for commercial operations in May 2020, which together with the effect of COVID-19 on selling product to healthcare institutions caused the Company to adopt a sales strategy in May 2020 that focused on regions and facilities where there were repeat users of SkinTE. As a result of this strategy, product net revenues increased by 27% for the three-months ended June 30, 2021, compared to the same period in 2020, even though the Company ceased product sales at the end of May 2021. Net revenues from services remained essentially unchanged for the three months ended June 30, 2021, compared to the same period in 2020, but the mix of business activity generating those revenues changed from a majority of service revenues generated by COVID-19 testing in the second quarter of 2020 to a majority of service revenues generated by pre-clinical research services in 2021.

Cost of sales increased $1.7 million, or 121%, for the six months ended June 30, 2021, compared to the six months ended June 30, 2020, and $0.04 million, or 5%, for the three months ended June 30, 2021, compared to the same period in 2020. Cost of sales for products revenues decreased 27% period over period for the six months ended June 30, 2021, compared to the six months ended June 30, 2020, and decreased 25% period over period for the three months ended June 30, 2021, compared to the three months ended June 30, 2020, even though revenues were higher in 2021 for both the six and three-month periods, which is attributable to the economies of scale the Company achieved by selling product for larger wound sizes in 2021 compared to 2020. Cost of sales for services revenues increased 237% period over period for the six months ended June 30, 2021, compared to the six months ended June 30, 2020, and increased 18% period over period for the three months ended June 30, 2021, compared to the three months ended June 30, 2020, which is primarily attributable to the cost of sales pertaining to the COVID-19 testing service that only began in the last week of May 2020, including a write-off of inventory for the COVID-19 testing business in the first quarter of 2021 due to the substantial decrease in that business during the quarter.

Operating costs and expenses decreased $9.6 million, or 31%, for the six months ended June 30, 2021, compared to the six months ended June 30, 2020, and $2.2 million, or 18%, for the three months ended June 30, 2021, compared to the same period in 2020.

Operating loss decreased $12.0 million, or 42%, for the six months ended June 30, 2021, compared to the six months ended June 30, 2020, and $2.5 million, or 22%, for the three months ended June 30, 2021, compared to the same period in 2020. Net loss decreased $5.1 million, or 20%, for the six months ended June 30, 2021, compared to the six months ended June 30, 2020, and $9.5 million, or 75%, for the three months ended June 30, 2021, compared to the same period in 2020. When the Company's PPP Loan was forgiven in June 2021, it recognized a gain on extinguishment of debt in the amount of $3.6 million. For the six months ended June 30, 2021, this gain was offset by a day one loss on warrants issued in January 2021 of $5.2 million plus a loss on the change in fair value of common stock warrant liability of $2.2 million, which are primarily responsible for other expense of $3.8 million for the six months ended June 30, 2021, and the $3.8 million difference between the Company's operating loss and net loss for the six months ended June 30, 2021.

The table below details adjusted net loss, which is a non-GAAP measure that shows net loss before fair value adjustments relating to the Company's common stock warrant liability and warrant inducement loss. The Company believes this measure is useful to investors because it eliminates the effect of non-operating items that can significantly fluctuate from period to period due to fair value remeasurements. For purposes of calculating non-GAAP per share metrics, the same denominator is used as that which was used in calculating net loss per share under GAAP.

**Adjusted Net Loss Attributable to Common Stockholders**
*(in thousands - unaudited non-GAAP measure)*

|  | For the Three Months Ended June 30, | | For the Three Months Ended June 30, | |
|---|---|---|---|---|
|  | **2021** | **2020** | **2021** | **2020** |
| GAAP Net Loss | $ (3,188) | $ (12,677) | $ (20,598) | $ (25,717) |
| Change in fair value of common stock warrant liability | (1,807) | 1,591 | 2,220 | (2,941) |
| Inducement loss on sale of liability classified warrants | – | – | 5,197 | – |
| Non-GAAP adjusted net loss attributable to common stockholders - basic | $ (4,995) | $ (11,086) | $ (13,181) | $ (28,658) |
| Gain from change in fair value of warrant liabilities | (107) | – | – | – |
| Non-GAAP adjusted net loss attributable to common stockholders - diluted | $ (5,102) | $ (11,086) | $ (13,181) | $ (28,658) |
| GAAP net loss per share attributable to common stockholders |  |  |  |  |
| Basic | $ (0.04) | $ (0.33) | $ (0.26) | $ (0.72) |
| Diluted | $ (0.04) | $ (0.33) | $ (0.26) | $ (0.72) |
| Non-GAAP adjusted net loss per share attributable to common stockholders |  |  |  |  |
| Basic | $ (0.06) | $ (0.29) | $ (0.17) | $ (0.80) |
| Diluted | $ (0.06) | $ (0.29) | $ (0.17) | $ (0.80) |

**Cash and Liquidity as of June 30, 2021**

As of June 30, 2021, the Company had $32.6 million in cash and cash equivalents and working capital of approximately $30.5 million. The Company believes the cash and cash equivalents on the Company's balance sheet will fund its business activities through the end of 2021 and into, but not beyond, the third quarter of 2022. In the second quarter of 2021 cash used in operating activities was $4.1 million, or an average of $1.4 million per month, compared to $6.6 million cash used in operating activities, or an average of $2.2 million per month, in the first quarter of 2021 and compared to $11.6 million cash used in operating activities, or an average of $3.9 million per month, in the second quarter of 2020.

**Conference Call and Webcast Details**

The conference call can be accessed by calling 1-800-581-5838 (U.S. and Canada) or +44 (0)330 336 9104 (International), with confirmation code 210912 and referencing "PolarityTE Second Quarter 2021 Earnings Call." A webcast of the conference call can be accessed by using the link below.

Earnings Call Webcast – CLICK HERE

A replay of the earnings conference call will be available for 30 days, beginning approximately one hour after the conclusion of the call and can be found by visiting PolarityTE's website at https://www.polarityte.com/news-media/events, or by clicking on the link above.

**About PolarityTE®**

PolarityTE is focused on transforming the lives of patients by discovering, designing, and developing a range of regenerative tissue products and biomaterials for the fields of medicine, biomedical engineering and material sciences. Rather than manufacturing with synthetic and foreign materials within artificially engineered environments, PolarityTE manufactures products from the patient's own tissue and uses the patient's own body to support the regenerative process. From a small piece of healthy autologous tissue, the company creates an easily deployable, dynamic, and self-propagating product designed to regenerate the target tissues. PolarityTE's innovative methods are intended to promote and accelerate growth of the patient's tissues to undergo a form of effective regenerative healing. PolarityTE's products, including SkinTE, are in the development stage, and are not approved or available for clinical use. Learn more at www.PolarityTE.com – Welcome to the Shift®.

**Forward Looking Statements**

Certain statements contained in this release are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. They are generally identified by words such as "believes," "may," "expects," "anticipates," "intend," "plan," "will," "would," "should" and similar expressions. Readers should not place undue reliance on such forward-looking statements, which are based upon the Company's beliefs and assumptions as of the date of this release. The Company's actual results could differ materially due to the impact of the COVID-19 pandemic, future clinical studies, and FDA regulatory matters, which cannot be predicted, and the risk factors and other items described in more detail in the "Risk Factors" section of the Company's Annual Reports and other filings with the SEC (copies of which may be obtained at www.sec.gov). Subsequent

events and developments may cause these forward-looking statements to change. The Company specifically disclaims any obligation or intention to update or revise these forward-looking statements as a result of changed events or circumstances that occur after the date of this release, except as required by applicable law.

POLARITYTE, the POLARITYTE logo, SKINTE, WHERE SELF REGENERATES SELF and WELCOME TO THE SHIFT are registered trademarks of PolarityTE, Inc.

**CONTACTS**
**Investors:**
Rich Haerle
VP, Investor Relations
PolarityTE, Inc.
ir@PolarityTE.com
(385) 315-0697

### POLARITYTE, INC. AND SUBSIDIARIES
### CONDENSED CONSOLIDATED BALANCE SHEETS
(Unaudited, in thousands, except share and per share amounts)

| | June 30, 2021 | December 31, 2020 |
|---|---:|---:|
| **ASSETS** | | |
| Current assets | | |
| Cash and cash equivalents | $ 32,614 | $ 25,522 |
| Accounts receivable, net | 2,042 | 3,819 |
| Inventory | 76 | 883 |
| Prepaid expenses and other current assets | 2,286 | 992 |
| Total current assets | 37,018 | 31,216 |
| Property and equipment, net | 8,684 | 10,550 |
| Operating lease right-of-use assets | 1,756 | 2,452 |
| Intangible assets, net | 447 | 542 |
| Goodwill | 278 | 278 |
| Other assets | 227 | 472 |
| **TOTAL ASSETS** | $ 48,410 | $ 45,510 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current liabilities | | |
| Accounts payable and accrued expenses | $ 3,924 | $ 4,148 |
| Other current liabilities | 2,509 | 2,106 |
| Current portion of long-term notes payable | – | 2,059 |
| Deferred revenue | 86 | 168 |
| Total current liabilities | 6,519 | 8,481 |
| Common stock warrant liability | 14,059 | 5,975 |
| Operating lease liabilities | 550 | 1,476 |
| Other long-term liabilities | 514 | 723 |
| Long-term notes payable | – | 1,517 |
| Total liabilities | 21,642 | 18,172 |
| Commitments and Contingencies (Note 14) | | |
| **STOCKHOLDERS' EQUITY** | | |
| Preferred stock - 25,000,000 shares authorized, 0 shares issued and outstanding at June 30, 2021 and December 31, 2020 | – | – |
| Common stock – $.001 par value; 250,000,000 shares authorized; 80,742,443 and 54,857,099 shares issued and outstanding at June 30, 2021 and December 31, 2020, respectively | 81 | 55 |
| Additional paid-in capital | 525,496 | 505,494 |
| Accumulated deficit | (498,809) | (478,211) |
| Total stockholders' equity | 26,768 | 27,338 |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | $ 48,410 | $ 45,510 |

### POLARITYTE, INC. AND SUBSIDIARIES
### CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS
(Unaudited, in thousands, except share and per share amounts)

| | For the Three Months Ended June 30, | | For the Six Months Ended June 30, | |
|---|---:|---:|---:|---:|
| | 2021 | 2020 | 2021 | 2020 |
| **Net revenues** | | | | |
| Products | $ 1,195 | $ 944 | $ 2,924 | $ 1,372 |
| Services | 1,342 | 1,322 | 4,322 | 1,827 |
| Total net revenues | 2,537 | 2,266 | 7,246 | 3,199 |
| **Cost of sales** | | | | |
| Products | 207 | 275 | 448 | 615 |
| Services | 717 | 607 | 2,641 | 783 |
| Total cost of sales | 924 | 882 | 3,089 | 1,398 |
| **Gross profit** | 1,613 | 1,384 | 4,157 | 1,801 |
| **Operating costs and expenses** | | | | |
| Research and development | 4,190 | 3,164 | 6,621 | 6,537 |
| General and administrative | 4,941 | 5,211 | 11,312 | 15,816 |
| Sales and marketing | 1,099 | 2,024 | 2,625 | 5,718 |

| | | | | |
|---|---|---|---|---|
| Restructuring and other charges | 11 | 2,084 | 436 | 2,536 |
| Total operating costs and expenses | 10,241 | 12,483 | 20,994 | 30,607 |
| **Operating loss** | (8,628) | (11,099) | (16,837) | (28,806) |
| **Other income (expenses)** | | | | |
| Gain on extinguishment of debt | 3,612 | – | 3,612 | – |
| Change in fair value of common stock warrant liability | 1,807 | (1,591) | (2,220) | 2,941 |
| Inducement loss on sale of liability classified warrants | – | – | (5,197) | – |
| Interest expense, net | (39) | (65) | (77) | (77) |
| Other income, net | 60 | 78 | 121 | 225 |
| **Net loss** | $ (3,188) | $ (12,677) | $ (20,598) | $ (25,717) |
| **Net loss per share attributable to common stockholders** | | | | |
| Basic | $ (0.04) | $ (0.33) | $ (0.26) | $ (0.72) |
| Diluted | $ (0.04) | $ (0.33) | $ (0.26) | $ (0.72) |
| Weighted average shares outstanding | | | | |
| Basic | 80,602,931 | 38,428,289 | 78,392,881 | 35,724,141 |
| Diluted | 81,162,256 | 38,428,289 | 78,392,881 | 35,724,141 |

**POLARITYTE, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(Unaudited, in thousands)**

| | For the six Months Ended June 30, | |
|---|---|---|
| | **2021** | **2020** |
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | |
| Net loss | $ (20,598) | $ (25,717) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Stock-based compensation expense | 3,124 | 3,784 |
| Depreciation and amortization | 1,437 | 1,549 |
| Amortization of intangible assets | 95 | 95 |
| Amortization of debt discount | – | 13 |
| Bad debt expense | 134 | – |
| Inventory write-off | 697 | – |
| Gain on extinguishment of debt – PPP loan | (3,612) | – |
| Change in fair value of common stock warrant liability | 2,220 | (2,941) |
| Inducement loss on sale of liability classified warrants | 5,197 | – |
| Loss on restructuring and other charges | 269 | – |
| Loss on abandonment of property and equipment | – | 1,529 |
| Loss on sale of property and equipment | 7 | – |
| Other non-cash adjustments | – | (21) |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | 1,643 | (384) |
| Inventory | 110 | (29) |
| Prepaid expenses and other current assets | (1,294) | (1,189) |
| Operating lease right-of-use assets | 666 | 899 |
| Other assets | 245 | 3 |
| Accounts payable and accrued expenses | (221) | (2,109) |
| Other current liabilities | (14) | 9 |
| Deferred revenue | (82) | (1) |
| Operating lease liabilities | (728) | (903) |
| Net cash used in operating activities | (10,705) | (25,413) |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | |
| Purchase of property and equipment | (18) | (1,170) |
| Proceeds from sale of property and equipment | 10 | – |
| Purchase of available-for-sale securities | – | (14,144) |
| Proceeds from maturities of available-for-sale securities | – | 16,945 |
| Proceeds from sale of available-for-sale securities | – | 16,171 |
| Net cash (used in) provided by investing activities | (8) | 17,802 |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | |
| Proceeds from term note payable and financing arrangements | 1,028 | 4,629 |
| Principal payments on term note payable and financing arrangements | (359) | (830) |
| Principal payments on financing leases | (272) | (243) |
| Net proceeds from the sale of common stock and warrants | – | 24,276 |
| Net proceeds from the sale of common stock, warrants and pre-funded warrants | 9,884 | – |
| Proceeds from the sale of new warrants | 1,002 | – |
| Proceeds from warrants exercised | 6,671 | – |
| Proceeds from pre-funded warrants exercised | 8 | – |
| Cash paid for tax withholdings related to net share settlement | (188) | (6) |
| Proceeds from stock options exercised | 3 | 31 |
| Proceeds from ESPP purchase | 28 | 40 |
| Net cash provided by financing activities | 17,805 | 27,897 |
| Net increase in cash and cash equivalents | 7,092 | 20,286 |
| Cash and cash equivalents - beginning of period | 25,522 | 10,218 |

| | | | | |
|---|---|---|---|---|
| Cash and cash equivalents - end of period | $ | 32,614 | $ | 30,504 |