Keith M. Woodwell (#7353)
Thomas A. Brady (#12454)
Katherine E. Pepin (#16925)
**CLYDE SNOW & SESSIONS**
201 South Main Street, Suite 2200
Salt Lake City, Utah 84111-2216
Tel: (801) 322-2516
Fax: (801) 521-6280
kmw@clydesnow.com
tab@clydesnow.com
kep@clydesnow.com

*Attorneys for Defendant Denver Lough*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARC RICHFIELD, individually and on Behalf of All Other Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> POLARITYTE, INC., DENVER LOUGH, DAVID SEABURG, JACOB PATTERSON, PAUL MANN, and RICHARD HAGUE, <br><br> Defendants. | **DEFENDANT DENVER LOUGH'S JOINDER IN REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** <br><br> Case No. 2:21-cv-00561-BSJ <br><br> Hon. Bruce S. Jenkins |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and DUCivR 7-1(a)(7), Defendant Dr. Denver Lough ("Lough") hereby joins in Defendants' Reply In Support of Motion to Dismiss Amended Class Action Complaint (the "Defendants' Reply Brief") (Dkt. No. 69) and respectfully requests for this Court to dismiss the Amended Class Action Complaint (the "Amended Complaint") for failure to state a claim upon which relief can be granted.

{02044207-3 }

## I.    ARGUMENT

Lough hereby joins in the Defendants' Reply Brief and incorporates by reference all arguments made therein. Lough also makes the following additional arguments:

First, as previously articulated by Lough in his Joinder in Motion to Dismiss Amended Class Action Complaint, Lough was placed on administrative leave by the Board of PolarityTE, Inc. ("the Company") on May 31, 2019, and left his position with the Company on August 26, 2019. Amended Complaint at ¶ 94. After this date, Lough had no discretion or control over the statements, if any, made by the Company. As such, any alleged omissions or misstatements purportedly made by the Company after this date cannot be attributable to Lough. Similarly, Plaintiffs cannot plausibly allege loss causation with respect to Lough for any of the conduct alleged to have occurred after May 31, 2019. In fact, the majority of the class period in the Amended Complaint covers the time period after Lough's removal as CEO.

Second, there is no allegation that the anonymous witnesses cited in the Amended Complaint were involved in any legal or regulatory matters for the Company or have any particular expertise in FDA applications or related regulations. Based on this, their unsworn statements cannot support an inference or allegation that SkinTE was registered under the wrong section, or that Lough knew, or was reckless in not knowing, that SkinTE was registered under the wrong section. At best, their statements related to the FDA status or registration of SkinTE by the Company are unsupported hearsay.

## II.    CONCLUSION

For all the reasons stated above, and for all the reasons stated in the Defendants' Reply Brief, the court should dismiss the Amended Complaint with prejudice.

DATED this 11th day of August, 2022.

CLYDE SNOW & SESSIONS

*/s/ Keith M. Woodwell*
Keith M. Woodwell
Thomas A. Brady
Katherine E. Pepin

*Attorneys for Defendant Denver Lough*

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2022, a true and correct copy of the foregoing Defendant Denver Lough's Joinder in Reply in Support of Motion to Dismiss Amended Class Action Complaint was delivered via the court's e-filing service to all parties of record.

/s/ Lyndee Aardema
Legal Assistant

{02044207-3 }                                           4