**MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

JUDGE: Hon. Bruce S. Jenkins

COURT REPORTER: Becky Janke
COURTROOM DEPUTY: Kim Forsgren
INTERPRETER: Not Needed

CASE NO. 2:21cv00561

Richfield v. Polarityte et al

Approved by:_____

---

APPEARANCE OF COUNSEL

Movant    Jonathan Stern – Christopher Evans
Dft        Jeffrey C. Corey, Michael Biles – Polarityte
Dft        Keith M. Woodwell, – Denver Lough

DATE: 09/08/2022

MATTER SET: Dft's Motion [53] Motion to Dismiss

---

DOCKET ENTRY:

Counsel present for parties. The court hears argument from the parties. The Motion [53] to Dismiss is granted. Dft's counsel is to prepare and submit an order within 10 days. Mr. Stern has 20 days to amend the complaint.

Case Title: 2:21cv00561, Richfield v. Polarityte et al

Page: 1