FILED
2022 SEP 13 AM 9:59
CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| MARC RICHFIELD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>POLARITYTE, INC., DAVID B. SEABURG, JACOB ALEXANDER PATTERSON, and RICHARD HAGUE,<br><br>Defendants. | **ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS AND GRANTING PLAINTIFFS LEAVE TO AMEND**<br><br>Case No. Case No. 2:21-cv-00561-BSJ<br><br>Hon. Bruce S. Jenkins |

The Court hereby grants Defendants' motions to dismiss, Dkts. 53 and 63, but will allow Plaintiffs 20 days from the date of this Order to file a Second Amended Class Action Complaint. The Court further orders that any amended pleading filed by Plaintiffs shall set forth with specificity and simplicity which statements by Defendants are allegedly false, why the statements were false when made, who made the statements, and to whom the statements were made.

BY THE COURT:

Dated 9/13/, 2022

BRUCE S. JENKINS
United States Senior District Judge

SUBMITTED BY:

/s/ *Jeffrey C. Corey*
Jeffrey C. Corey
Parsons Behle & Latimer

Paul R. Bessette
Michael J. Biles
King & Spalding, LLP

*Counsel for Defendants PolarityTE, Inc., David Seaburg, Jacob Patterson, Richard Hague, and Paul Mann*

APPROVED AS TO FORM:

/s/ *Jonathan Stern*
Jonathan Stern
The Rosen Law Firm, PA

*Counsel for Plaintiff Christopher Evans (electronically submitted with permission)*

/s/ *Keith M. Woodwell*
Keith M. Woodwell
Clyde Snow & Sessions

*Counsel for Defendant Denver Lough (electronically submitted with permission)*