Keith M. Woodwell (#7353)
Thomas A. Brady (#12454)
Katherine E. Pepin (#16925)
**CLYDE SNOW & SESSIONS**
201 South Main Street, Suite 2200
Salt Lake City, Utah 84111-2216
Tel: (801) 322-2516
Fax: (801) 521-6280
kmw@clydesnow.com
tab@clydesnow.com
kep@clydesnow.com

*Attorneys for Defendant Denver Lough*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARC RICHFIELD, individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>POLARITYE, INC., DENVER LOUGH, DAVID SEABURG, JACOB PATTERSON, PAUL MANN, and RICHARD HAGUE,<br><br>Defendants. | **DEFENDANT DENVER LOUGH'S JOINDER IN REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT**<br><br><br>Case No. 2:21-cv-00561-BSJ<br><br><br>Hon. Bruce S. Jenkins |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Dr. Denver

Lough ("Lough") hereby joins in Defendants' Reply Brief In Support of Motion to Dismiss the

Second Amended Class Action Complaint filed by Defendants PolarityTE, Inc., David B.

Seaburg, Jacob Alexander Patterson, Paul Mann, and Richard Hague, and respectfully requests

{02088960-1 }

that the Second Amended Class Action Complaint be dismissed for failure to state a claim upon which relief can be granted for the reasons stated therein.

DATED this 23rd day of December, 2022.

CLYDE SNOW & SESSIONS

*/s/ Keith M. Woodwell*
Keith M. Woodwell
Thomas A. Brady
Katherine E. Pepin

*Attorneys for Defendant Denver Lough*

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of December, 2022, a true and correct copy of the

foregoing document was delivered via the court's e-filing service to all parties of record.

/s/ Lyndee Aardema
Legal Assistant