FILED
2023 JAN 20 AM 11:14
CLERK
U.S. DISTRICT COURT

Jonathan Stern
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: jstern@rosenlegal.com

*Lead Counsel for Lead Plaintiff*

Mark F. James (5295)
Mitchell A. Stephens (11175)
**JAMES DODGE RUSSELL &
STEPHENS P.C.**
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Fax: (801) 363-6666
Email: mjames@jdrslaw.com

*Liaison Counsel for Lead Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| MARC RICHFIELD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>POLARITYTE, INC., DAVID B. SEABURG, JACOB ALEXANDER PATTERSON, and RICHARD HAGUE,<br><br>Defendants. | Case No. Case No. 2:21-cv-00561-BSJ<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED EXPEDITED MOTION FOR CONTINUANCE OF HEARING, CURRENTLY SCHEDULED FOR JANUARY 25, 2023, RELATING TO DEFENDANTS' MOTION TO DISMISS [ECF 80]** |

Upon consideration of Plaintiff's Expedited Motion for Continuance of Hearing, Currently Scheduled for January 25, 2023, Relating to Defendants' Motion to Dismiss, and good cause appearing therefor, THE COURT HEREBY ORDERS:

The hearing in this matter currently set for January 25, 2023, at 1:30 p.m. is rescheduled to be held on March 6, 2023, commencing at 1:30 p.m., in Room 7.200 before Judge Bruce S. Jenkins.

Dated this 20th day of January 2023.

BY THE COURT:

Bruce S. Jenkins
United States Senior District Judge

1