## MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins

COURT REPORTER: Ed Young
COURTROOM DEPUTY: Kim Forsgren
INTERPRETER: Not Needed

CASE NO. 2:21cv00561

Richfield v. Polarityte et al

Approved by:_____

---

### APPEARANCE OF COUNSEL

Pla Movant – Jonathan Stern – Christopher Evans
Dft - Jeffrey C. Corey, Michael Biles - Polarityte
Dft- Keith M. Woodwell, - Denver Lough

DATE: 03/06/2023

MATTER SET:  Motion [80] to Dismiss

---

DOCKET ENTRY:

Counsel are present for parties. Argument heard on the Motion. The Court granted Motion [80] to Dismiss. Mr. Biles is to prepare and submit an order within 20 days.