ERIK A. CHRISTIANSEN, USB # 7372
JEFFREY C. COREY, USB # 09938
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
ecf@parsonsbehle.com
echristiansen@parsonsbehle.com
jcorey@parsonsbehle.com

PAUL R. BESSETTE
MICHAEL BILES
KING & SPALDING LLP
500 West 2nd Street, Suite 1800
Austin, Texas 78701
Telephone: 512.457.2050
Facsimile: 512.457.2100
pbessette@kslaw.com
mbiles@kslaw.com
(admitted *pro hac vice*)

*Attorneys for Defendants PolarityTE, Inc., David B. Seaburg, Jacob Alexander Patterson, Paul Mann, and Richard Hague*

---

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| MARC RICHFIELD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>POLARITYTE, INC., DENVER LOUGH, DAVID SEABURG, JACOB PATTERSON, PAUL MANN, and RICHARD HAGUE,<br><br>Defendants. | **NOTICE REGARDING FILING PROPOSED MEMORANDUM DECISION AND ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Case No. Case No. 2:21-cv-00561-BSJ<br><br>Hon. Bruce S. Jenkins |

Defendants PolarityTE, Inc. ("PolarityTE"), Denver Lough, David Seaburg, Jacob Patterson, Paul Mann, and Richard Hague, through undersigned counsel, hereby submit a proposed memorandum decision and order ("Proposed Order"), attached hereto at **Exhibit A**.

Defendants are submitting the Proposed Order based on the Court's decision at the conclusion of the March 6, 2023, hearing that Defendants should prepare a proposed order with citations to the record.

4883-9340-3481.v1

Defendants provided a substantially similar draft of the Proposed Order to Plaintiffs' counsel on March 22, 2023. As of today's date, Plaintiffs have not offered any comments or edits on the draft.

It is Defendants' understanding that Plaintiffs do not approve of the Proposed Order.

Respectfully submitted this 27th day of March, 2023,

FOR THE DEFENDANTS:

/s/ Jeffrey C. Corey
Erik A. Christiansen
Jeffrey C. Corey
PARSONS BEHLE & LATIMER, LLP

Paul R. Bessette (admitted *pro hac vice*)
Michael J. Biles (admitted *pro hac vice*)
KING & SPALDING, LLP

*Attorneys for Defendants PolarityTE, Inc., David B. Seaburg, Jacob A. Patterson, Paul Mann, and Richard Hague*

/s/ Keith M. Woodwell
Keith M. Woodwell
Thomas A. Brady
CLYDE SNOW & SESSIONS, LLP

*Attorneys for Defendant Denver Lough
(e-signed and filed with permission)*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing was served upon all parties of record via the U.S. District Court for the District of Utah's Electronic Filing System on March 27, 2023.

/s/ Jeffrey C. Corey

2

4883-9340-3481.v1