| Phillip Kim (*pro hac vice*) | Mark F. James (5295) |
| Jonathan Stern (*pro hac vice*) | Mitchell A. Stephens (11775) |
| **THE ROSEN LAW FIRM, P.A.** | **JAMES DODGE RUSSELL & STEPHENS P.C.** |
| 275 Madison Avenue, 40th Floor New York, NY 10016 | 10 West Broadway, Suite 400 |
| Telephone: (212) 686-1060 | Salt Lake City, Utah 84101 |
| Email: pkim@rosenlegal.com | Telephone: (801) 363-6363 |
| jstern@rosenlegal.com | Email: mjames@jdrslaw.com |
| | mstephens@jdrslaw.com |
| *Counsel for Plaintiffs* | *Local Counsel for Plaintiffs* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| MARC RICHFIELD, Individually and on Behalf of All Others Similarly Situated, | **PLAINTIFFS' OBJECTION TO DEFENDANTS' [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| Plaintiff, | |
| v. | Case No. Case No. 2:21-cv-00561-BSJ |
| POLARITYTE, INC., DENVER LOUGH, DAVID SEABURG, JACOB PATTERSON, PAUL MANN, and RICHARD HAGUE, | Hon. Bruce S. Jenkins |
| Defendants. | |

Pursuant to Local Rule DUCivR 54-1(b), Plaintiffs hereby object to Defendants proposed order granting their motion to dismiss ("MTD Order").

1

The Court should refuse to sign and enter the MTD Order submitted by Defendants. Local Rule 54-1 states that "orders announced in open court in civil cases must be prepared in writing by the prevailing party." DUCivR 54-1(a). The rule specifies that the prevailing party is to prepare the orders a judge announces in open court. It does not authorize the prevailing party to rework wholesale its own motion into a proposed order that adopts each and every one of the prevailing party's arguments, whether or not mentioned by the Court.

Despite the plain language and purpose of Local Rule 54-1, Defendants' order contains voluminous matter that the Court did not announce as a basis for its ruling during the March 6, 2023 hearing, as well as matter extraneous to deciding the Motion to Dismiss. At the hearing, the Court stated that it was dismissing due to "the nature of the assertions as to factual inaccuracy and the use of opinion, qualification, [and] warnings." Transcript of Hearing Dated March 6, 2023. Despite the Court's concise holding which dismissed Plaintiffs' Second Amended Complaint due to the failure to allege falsity, Defendants submitted a more than 30 page order that adopts all of Defendants' arguments not only as to falsity, but also as to the materiality of the statements, the Defendants' scienter, and loss causation. In addition, the MTD Order cites the alleged similarity of this case to *In re PolarityTE, Inc. Securities Litigation*, No. 2:18-cv-00510, 2020 WL 6873798 (D. Utah, Nov. 22, 2020), despite the fact that this did not form any part of the articulated basis for the Court's order announced in open court.

Plaintiffs propose that the Court enter an order that reflects what it held at Oral Argument. Attached as Exhibit A hereto is a proposed order reflecting the Court's holding.

Dated: March 27, 2023

THE ROSEN LAW FIRM, P.A.

By: /s/ Jonathan Stern
Phillip Kim (*pro hac vice*)
Jonathan Stern (*pro hac vice*)

*Counsel for Plaintiffs*


JAMES DODGE RUSSELL & STEPHENS P.C.

By: */s/ Mitchell A. Stephens*
Mark F. James
Mitchell A. Stephens

*Local Counsel for Plaintiffs*