Phillip Kim (*pro hac vice*)
Jonathan Stern (*pro hac vice*)
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 40th Floor New York, NY 10016
Telephone: (212) 686-1060
Email: pkim@rosenlegal.com
          jstern@rosenlegal.com

*Counsel for Plaintiffs*

Mark F. James (5295)
Mitchell A. Stephens (11775)
**JAMES DODGE RUSSELL & STEPHENS P.C.**
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Email: mjames@jdrslaw.com
          mstephens@jdrslaw.com

*Local Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| MARC RICHFIELD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>POLARITYTE, INC., DENVER LOUGH, DAVID SEABURG, JACOB PATTERSON, PAUL MANN, and RICHARD HAGUE,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Case No. Case No. 2:21-cv-00561-BSJ<br><br>Hon. Bruce S. Jenkins |

1

On March 6, 2023, the Court heard oral argument on Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint ("Complaint") (Dkt No. 80). The Court finds that, as to the opinion statements alleged in the Complaint, Dkt. 77 at ¶¶ 111, 121, 128, 140, 145 the Complaint failed to establish their falsity under the Supreme Court's standards under *Omnicare*. *Omnicare, Inc. v. Laborers Dist. Council Const. Indus. Pension Fund*, 575 U.S. 175, 135 S. Ct. 1318, 191 L. Ed. 2d 253 (2015). As to the remainder of the statements, the Court finds that the Defendants' statements were given sufficient qualification to render them, in context, not misleading.

For these reasons, and the reasons stated orally by the Court during the March 6, 2023, hearing, Defendants' motion to dismiss is GRANTED. Plaintiffs' claims are dismissed with prejudice.

Dated: _____, 2023

_____

Judge Bruce S. Jenkins
United States District Court, District of Utah