ERIK A. CHRISTIANSEN, USB # 7372
JEFFREY C. COREY, USB # 09938
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
ecf@parsonsbehle.com
echristiansen@parsonsbehle.com
jcorey@parsonsbehle.com

PAUL R. BESSETTE
MICHAEL BILES
KING & SPALDING LLP
500 West 2nd Street, Suite 1800
Austin, Texas 78701
Telephone: 512.457.2050
Facsimile: 512.457.2100
pbessette@kslaw.com
mbiles@kslaw.com
(admitted *pro hac vice*)

*Attorneys for Defendants PolarityTE, Inc., David B. Seaburg, Jacob Alexander Patterson and Richard Hague*

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| MARC RICHFIELD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>POLARITYTE, INC., DENVER LOUGH, DAVID SEABURG, JACOB PATTERSON, PAUL MANN, and RICHARD HAGUE,<br><br>Defendants. | **JOINT MOTION TO DISMISS WITH PREJUDICE AND ENTER STIPULATED ORDER**<br><br>Case No. Case No. 2:21-cv-00561-BSJ<br><br>Hon. Bruce S. Jenkins |

Pursuant to DUCivR 7-1, Lead Plaintiff Christopher Evans and named plaintiff Janet Noel ("Plaintiffs") and Defendants PolarityTE, Inc., Denver Lough, David Seaburg, Jacob Patterson, Paul Mann, and Richard Hague ("Defendants"), through counsel, respectfully move the Court to enter the proposed joint order attached hereto at Exhibit A and dismiss this matter with prejudice. The parties also respectfully submit that their agreement on a proposed order negates the need for a hearing in this matter. In support of this motion, the parties jointly state as follows:

1. On March 6, 2023, the Court held a hearing on the Defendants' motion to dismiss. At the conclusion of the hearing, the Court stated it would grant the Defendants' motion and directed Defendants' counsel to submit a proposed order with specific citations to the record.

2. The parties conferred prior to the filing of their proposed orders with the Court but were unable to reach an agreement on a joint order. While the parties agreed that the proposed order should dismiss Plaintiffs' claims with prejudice, they had a good faith disagreement on the amount of detail that should be included in the proposed order.

3. Given their prior good faith disagreement, on March 27, 2023, the parties filed separate proposed orders. *Compare* Dkt. No. 91, Ex. A, *with* Dkt. No. 92, Ex. A.

4. On April 7, 2023, the Court issued a notice scheduling this matter for a hearing on April 19, 2023, regarding the "settlement of order."

5. On April 11, 2023, the Court rescheduled the hearing for April 20, 2023.

6. After the Court scheduled this matter for a hearing, the parties engaged in additional discussions and reached a compromise concerning the proposed order. Specifically, the parties agreed that the proposed order should only address the element of falsity. The parties further agreed that it was not necessary for the order to discuss the elements of

scienter and loss causation. Accordingly, the parties have submitted a stipulated order that proposes the Court dismiss this matter with prejudice based solely on the plaintiffs' failure to establish the requisite falsity element.

7. All parties agree that the proposed order reflects the Court's statements at oral argument and approve the order as to form.

8. For the foregoing reasons, the parties respectfully and jointly request that the Court (1) enter the proposed order attached hereto at Exhibit A and (2) cancel the hearing scheduled for April 20, 2023.

9. A proposed order is attached.

Dated this 13th day of April, 2010.

FOR THE DEFENDANTS:

*/s/ Jeffrey C. Corey*
Erik A. Christiansen
Jeffrey C. Corey
PARSONS BEHLE & LATIMER, LLP

Paul R. Bessette (admitted *pro hac vice*)
Michael J. Biles (admitted *pro hac vice*)
KING & SPALDING, LLP

*Attorneys for Defendants PolarityTE, Inc., David B. Seaburg, Jacob A. Patterson. Paul Mann, and Richard Hague*

*/s/ Keith M. Woodwell*
Keith M. Woodwell
Thomas A. Brady
Katherine E. Pepin
CLYDE SNOW & SESSIONS

*Attorneys for Defendant Denver Lough*

2

4868-0088-2268.v1

FOR THE PLAINTIFFS:

<u>*/s/ Mitchell A. Stephens*</u>
Mark F. James
Mitchell A. Stephens
JAMES DODGE RUSSELL & STEPHENS, P.C.
*Local Counsel Plaintiffs*

Phillip Kim (admitted pro hac vice)
Jonathan Stern (admitted pro hac vice)
THE ROSEN LAW FIRM, P.A.
*Lead Counsel for Plaintiffs*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing was served upon all parties of record via the U.S. District Court for the District of Utah's Electronic Filing System on April 13, 2022.

/s/ <em>Jeffrey C. Corey</em>

4868-0088-2268.v1