# United States District Court

District of Utah, Central Division

Mark Richfield,

        Plaintiff,          **JUDGMENT IN A CIVIL CASE**

v.

PolarityTE, Inc., et al.,          Case Number: 2:21-CV-561-BSJ

        Defendants.

IT IS ORDERED AND ADJUDGED

that Plaintiff's action is dismissed with prejudice for failure to state a claim.

Dated: April 19, 2023.          By the Court:

        Bruce S. Jenkins
        United States Senior District Judge